# Exhibit 1



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

# EXMO. SR. DR. JUIZ DE DIREITO DA _____ VARA CRIMINAL DA COMARCA DA CAPITAL

*Inquérito Policial: 901-00047/2024*
*Processo: 0010153-50.2024.8.19.0001 (principal)*
 *0015335-17.2024.8.19.0001 (sigiloso)*

A Secretaria de Polícia Civil do Estado do Rio de Janeiro, por intermédio de seus órgãos de execução, em exercício na Delegacia de Homicídios da Capital (DHC), no uso de suas atribuições legais e constitucionais, com fulcro no artigo 10, §1º do Código de Processo Penal, vem, respeitosamente, perante Vossa Excelência, apresentar **RELATÓRIO FINAL DE INQUÉRITO POLICIAL, com REPRESENTAÇÃO PELA PRISÃO PREVENTIVA dos estrangeiros** devidamente qualificados como **ALEJANDRO TRIANA PREVEZ**, CPF 718.299.011-33, filiação LETICIA PREVEZ PASCUAL e PAI N/I, nascimento 07/06/1993, e **DANIEL SIKKEMA**, americano naturalizado, passaporte 513385293, expedido pelos EUA em 18/03/2024, nascimento 02/07/1970, pela prática do crime de homicídio qualificado, nos termos do artigo 121, §2º, I, II, III, IV e §4º, *in fine*, do Código Penal. **REPRESENTA-SE, AINDA, PELA DIFUSÃO VERMELHA (RED NOTICE) DO NOME DE DANIEL SIKKEMA PELA INTERPOL**, pelos motivos a seguir expostos:

Página **1** de **58**

**Delegacia de Homicídios da Capital**
Rua General Ivan Raposo, 500 – Barra da Tijuca, Rio de Janeiro – RJ Telefone: (21) 2333-6393

TJRJ CAP CR03 202400101625590868 08/02/24 20:21:5110040 PROTELET



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

## 1. *DOS FATOS*

Trata-se de Inquérito Policial instaurado pela DHC, com a finalidade de apurar as circunstâncias do homicídio de **BRENT FAY SIKKEMA**, ocorrido em 14/01/2024, no interior de sua residência na Rua Abreu Fialho, casa nº 13, Jardim Botânico, área da 15ª DP e autoria atribuída ao cubano **ALEJANDRO TRIANA PREVEZ,** CPF 718.299.011-33, e ao ex-companheiro da vítima, **DANIEL SIKKEMA,** passaporte 513385293, nascimento 02/07/1970, sendo este último o mentor intelectual do crime.

O fato foi inicialmente capitulado como latrocínio, em razão dos elementos de convicção existentes naquele primeiro momento (subtração de alguns bens de **BRENT**), tendo tramitado inicialmente na 32ª Vara Criminal. Ocorre que, após a segunda oitiva de **ALEJANDRO**, quando estava acompanhado de seus defensores, restou comprovado que o plano de executar a vítima já vinha sendo gestado há alguns meses, com o induzimento, incitação e participação material de **DANIEL SIKKEMA**, arquiteto da empreitada criminosa, sendo corroborado pelos demais elementos de informação amealhados, conforme será visto adiante.

Relatou o comunicante, policial militar SGT GIL CARLOS ARAÚJO KROPF, RG nº 88.987, que na data de 15/01/2023, segunda-feira, por volta das 21h15min, foi acionado por "Maré Zero", por volta das 20 horas, dando conta de que a Ambulância do Samu VTR USA 12 comandada pela médica Carina Magalhães, CRM 521179241, estava no local, Rua Abreu Fialho nº 13 (casa), bairro Jardim Botânico, cidade do Rio de Janeiro, com vítima idosa no interior de residência, com sinais de morte violenta (facadas). Sendo assim, procederam para o local, onde constataram a veracidade dos fatos, se deparando com uma vítima, identificada como **BRENT FAY SIKKEMA**, turista americano, deitado na cama no interior da residência. Informou ainda que sua

Página **2** de **58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

advogada, **SIMONE SILVEIRA NUNES**, OAB nº 162785, não conseguia contato telefônico com o seu cliente desde sábado (13/01/2024), e por este motivo se dirigiu ao local, abrindo a porta com a chave que possuía, quando se deparou com a vítima em óbito, oportunidade em que acionou o SAMU. A advogada ainda relatou que sumiu o dinheiro que estava guardado na casa para pagar o aluguel.

Diante dos fatos, a Autoridade Policial dirigiu-se imediatamente para o local, juntamente com as equipes do GELC e da Perícia, a fim de que fossem tomadas as providências necessárias e cabíveis.

A DHC, na presença da Autoridade Policial e com o apoio do GELC (Grupo Especial de Local de Crime), após acionada, chegou ao local do crime por volta das 22h25min, tendo sido recebida pelos policias militares supracitados, sendo esses agentes públicos, os responsáveis pela comunicação do fato e preservação do local do crime.

No local do crime, apurou-se que a vítima, cidadão norte-americano, era dono de uma galeria de arte em Nova York, cujo nome é "Grand Sikkema". Estava no Rio de Janeiro como turista, já que possuía dois imóveis neste país.

Segundo informações da advogada da vítima, Drª **SIMONE SILVEIRA NUNES**, OAB/RJ 162785, telefone nº 21-96433-2392, teriam sumido cerca 40 mil dólares, além de 30 mil reais e um tablet. A Dra. **SIMONE** foi a pessoa que encontrou a vítima sem vida. O telefone celular e o laptop não foram roubados. Ela relatou ainda que sentiu falta de uma cópia da chave de entrada da casa, bem como de uma chave do quarto, pois ambas costumavam ficar em uma caixinha, que fica em cima da mesa, na entrada da sala.

**Página 3 de 58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

O Perito Criminal realizou o exame perinecroscópico da vítima fatal, constatando os ferimentos perfuro cortantes, bem como a perícia de local, havendo arrecadação de itens relevantes à investigação, conforme laudo DH-RJ-SPC-00025/2024.

O experto constatou a inexistência de sinais de arrombamento, e consignou *"que o posicionamento do cadáver, a localização dos ferimentos coadunado com a presença e a localização das manchas de sangue indicam que a vítima se encontrava em pé e nu no interior do quarto no segundo pavimento indo em direção a porta do quarto, tendo deixado suas roupas sobre o piso próximo a janela, quando foi surpreendido próximo a entrada do quarto com o agente do evento que portava ao menos uma faca, entrando em luta corporal e sendo ferido inicialmente em pé. A vítima ferida recuou alguns passos e tocou com os dedos da mão direita já suja de sangue na janela do quarto formando as manchas por contato e em seguida tombou sobre a cama sendo esfaqueado diversas vezes vindo a óbito no local e posicionamento anteriormente descritos"* (sic).

O laudo IML-RJ-CMD-002147/2024 constatou que a causa da morte foi *"hemorragia interna e externa, lesão pulmonar e cardíaca, ferimentos incisos e perfuroincisos na face e tronco"* (sic), causado por instrumento perfurocortante. O esquema de lesões, por sua vez, **demonstrou que BRENT FAY SIKKEMA recebeu 18 (dezoito) golpes de faca, principalmente nas regiões da face e tórax.**

A amiga e Advogada da vítima, **SIMONE SILVEIRA NUNES**, declarou, em seu primeiro depoimento, o que segue:

> *QUE a declarante foi cientificada do dever de não calar ou falsear a verdade sobre os fatos inquiridos, sob pena de cometimento do crime de falso testemunho; QUE a declarante, SIMONE SILVEIRA NUNES, OAB nº162785, é advogada e muito amiga da vítima deste procedimento, o turista americano, BRENT FAY SIKKEMA, ILLINOIS, USA, nascido em*

Página **4** de **58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

13/08/1948; QUE a declarante conhece a vítima há dez anos; QUE a declarante administra os imóveis de BLENT no Brasil, no caso, a casa localizada no endereço do fato, sito Rua Abreu Fialho, nº 13, casa, Jardim Botânico, Rio de Janeiro, e um outro imóvel na Rua Dias Ferreira, 417 apt 401, Leblon, onde o mesmo havia acabado de adquirir, e a entrega das chaves seria na terça-feira, dia 16/01/2024; QUE BRENT chegou ao Brasil no dia 09/12/2023, e o mesmo iria embarcar no dia 16/01/2024, terça feira; QUE BRENT costumava vir para o Brasil no mês de dezembro, retornando para Nova York no mês de janeiro; QUE BRENT voltava para o carnaval, e retornava para Nova York, logo depois; QUE BRENT era dono de uma galeria de artes em NY, chamada GRAND SIKKEMA; QUE BRENT é homossexual, e possui um filho de "barriga de aluguel", atualmente com 14 anos, que mora em Nova York, com seu ex-marido Daniel Sikkemma, com quem ficou casado por cerca de 15 anos, do qual está atualmente em processo de divórcio; QUE quando BRENT era casado com DANIEL, e vinha para o Rio de Janeiro, ambos frequentavam saunas gay; QUE o telefone de contato de DANIEL é 347-9420415; QUE DANIEL, informou para a declarante que vítima fequentava as SAUNAS - SÃO POINT 202, em Copacabana, e a outra localizada na Rua Candido Mendes, 117, Gloria; QUE segundo Daniel, o mesmo já teria ido com a vítima diversas vezes nas referidas saunas, e poderia tentar identificar o autor dos fatos, tendo acrescentado que conhecia muitos "boys" nas saunas, porém não sabia o nome dos mesmos; QUE a vítima gostava de garotos de programas de idade "jovem"; QUE a declarante encontrou com BRENT na quinta-feira, 11/01/2024, para comprar cortinas e móveis para o apartamento do Leblon; QUE a vítima, utilizava os serviços de UBER, de pessoa indicada pela declarante, de nome LUIS OTAVIO, telefone 21-98378-9357; QUE na quinta-feira, quando LUIS OTÁVIO o levava para casa no Jardim Botânico, BLENT sentado no banco do carona, fez uma chamada de vídeo para um rapaz; QUE segundo LUIS OTÁVIO teria comentado com a declarante que a vítima teria dito "EU TE AMO" para o tal rapaz; QUE LUÍS OTÁVIO conseguiu visualizar o rapaz no vídeo, tendo comentado que era um "GAROTÃO"; QUE a declarante não entrou em maiores detalhes com LUIS OTÁVIO; QUE após o encontro com a declarante, BRENT informou que às 19h30, daquele dia, iria ter um "DATE"; QUE BRENT não disse com quem, nem o local; QUE a declarante pediu para que BRENT não levar o mesmo para sua casa; QUE BRENT tinha o hábito em levar os garotos de programa para sua casa; QUE BRENT relatou que tinha conhecido uma rapaz antes do Natal, não informando onde, e que estava apaixonado por este rapaz; QUE depois, brincou dizendo: "BEM ACHO QUE PRECISO DE UM CACHORRO E NÃO DE UM NAMORADO"; QUE a última vez que a declarante falou com BLENT foi na sexta-feira,

**Página 5 de 58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

*12/01/2024, por volta das 22h05min, pelo Whatsapp; QUE a declarante então havia combinado com BRENT, em encontrá-lo na segunda-feira, dia 15/01/2024, para prestação de contas do ano de 2024; QUE além disso BLENT, também iria deixar um cartão de crédito para que a declarante comprasse itens para a casa nova; QUE BLENT iria ficar com as duas casas; QUE a declarante sempre avisava para BRENT, que era muito perigoso a questão do mesmo levar garotos de programas para sua casa; QUE BRENT chegou ao Brasil com uma quantia de 50 mil dólares, e que havia separado uma quantia de 40 mil dólares, para pagar as despesas anuais e os móveis da residência nova; QUE BRENT também estava com uma quantia em torno de R$ 30000,00 (trinta mil reais); QUE a declarante soube das referidas quantias, quando BRENT chegou ao Brasil, porém não sabe quanto o mesmo havia gasto até agora; QUE BRENT gastava muito dinheiro; QUE a declarante no dia 15/01/2024, segunda-feira, antes de enviar uma mensagem para o Whatsapp de BRENT - 9176981477, percebeu que a sua última visualização teria sido no dia 14/01/2024, 00H04min; QUE a declarante achou estranho, visto que BRENT estava sempre ON LINE, e que o mesmo não era de faltar compromissos; QUE a declarante enviou mensagem, às 11h30min, para confirmar o encontro que seria por volta das 13h; QUE BRENT não respondeu a mensagem, muito menos visualizava as mesmas; QUE então por volta das 16h46min, a declarante ligou para BRENT, não tendo o mesmo atendido; QUE então a declarante chamou um UBER e foi para casa de BRENT no Jardim Botânico, tendo chegado por volta das 17h10mn; QUE a casa não possui campainha, e como a declarante possui a chave da residência, visto que administra toda a casa, inclusive os funcionários, resolveu fazer uso da mesma; QUE a casa possui dois andares e um mezanino, e que entrou na casa, e sempre chamando pelo nome de BRENT, pois o mesmo poderia estar acompanhado; QUE a declarante caminhou até o final do primeiro andar, e chamando pelo amigo, e o mesmo não respondia; QUE neste andar, não havia nenhum vestígios de crime, somente atentou para as cadeiras que estavam posicionadas de maneira diferente na sala, logo na entrada; QUE além disso, a declarante visualizou a mochila de BRENT, na sala; QUE a vítima levava a referida mochila quando ia encontrar com garotos de programas; QUE nessa mochila BRENT carregava materiais de uso pessoal, tais como materiais eróticos, seringas e algumas substâncias entorpecentes, não sabendo informar o nome de tais substâncias; QUE BRENT, fazia uso de drogas, no caso cocaína, e que estava em tratamento, tendo dito para a declarante que não estava usando mais; QUE então, a declarante chamou o vizinho, MARCOS, telefone 21-99705-9632, que trabalha na Rua Abreu Fialho, nº 15, 17, 19 e 21, para subir no quarto de BLENT, visto que o mesmo não respondia; QUE a declarante fez contato com 190, pois estava*

Página 6 de 58

**Delegacia de Homicídios da Capital**
Rua General Ivan Raposo, 500 – Barra da Tijuca, Rio de Janeiro – RJ Telefone: (21) 2333-6393



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO À PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

*achando algo estranho, tendo então a PM orientado a ligar para o SAMU primeiro; QUE a declarante ficou com medo de BRENT estar infartado; QUE quando perguntada se o mesmo tinha problema cardíaco, diz que não, porém o mesmo tomava "VIAGRA"; QUE então MARCOS subiu com a declarante até o segundo andar, onde a porta do quarto de BRENT, estava fechada, tendo então a declarante aberto a porta na maçaneta; QUE quando a declarante entrou no quarto, se deparou com as pernas de BRENT para fora da cama, e o mesmo deitado de barriga pra cima, com uma toalha esticada sobre o seu corpo; QUE ato continuo a declarante fez contato com o SAMU, por volta das 17h24min, onde conversou com a médica, que pediu para a declarante colocar o celular no rosto da vítima, para ver se o mesmo estava respirando; QUE a declarante disse que não iria fazer isso, pois teria que dar a volta na cama, e teria que olhar para a vítima; QUE então a médica pediu para a declarante encostar nos pés de BRENT, tendo a declarante calçado uma luva que costuma ficar no armário, tendo percebido que o mesmo estava frio e rígido; QUE então a médica informou que iria mandar uma ambulância para o local; QUE a declarante neste primeiro momento, visualizou pouco sangue, em alguns lugares, como na janela; QUE nas pernas da vítima não havia sangue, somente no joelho; QUE a declarante neste momento, não quis olhar muito para BRENT; QUE então a declarante e MARCOS desceram para aguardar a ambulância; QUE MARCOS, é administrador das casas vizinhas; QUE MARCOS possui acesso às câmaras de seguranças da casa dele, e que dá acesso a casa de BRENT; QUE a declarante visualizou às imagens, onde pode perceber que BRENT chegou em casa no dia 13/01/2024, às 16h30min, sozinho, e as 16h54min, chegou um FIAT PALIO PRATA, sem condições de visualização da placa, e que logo depois um rapaz saiu do PALIO, e entrou na residência de BRENT, usando uma chave para abrir a porta; QUE as 03h57min do dia 14/01/2024, o mesmo rapaz, sai da casa de BRENT,e segue reto na rua, retornando minutos depois para o FIAT PALIO; QUE a declarante não teve acesso às imagens em tempo integral, mas que MARCOS se dispõe em entregar as imagens amanhã para equipe desta Especializada; QUE a declarante encontrou um exame de sangue na mesa da sala, em nome de RAFAEL DOS SANTOS FERREIRA; QUE BRENT havia dito para declarante que encontrava com RAFAEL, e que o mesmo era "fixo" dele; QUE a declarante não conhecia esse RAFAEL pessoalmente, nem por fotos; QUE a declarante também deu falta do dinheiro de BLENT; QUE o mesmo costumava deixar o dinheiro na bancada do quarto; QUE BLENT não tinha costume em colocar dinheiro, e pertences em seu cofre, pois esquecia a senha; QUE a declarante deu falta do cordão e da pulseira de ouro de BLENT; QUE o cordão de ouro possuía várias pedras nas cores verde e azul, entrelaçados; QUE tudo que era de valor,*

**Página 7 de 58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

*o mesmo deixava na referida bancada; QUE os cartões de crédito estavam na bancada; QUE o celular - IPHONE, estava carregando e o LAPTOP, estava no chão do quarto de BLENT; QUE a vítima tinha o costume em deixar todo o seu dinheiro exposto nessa bancada; QUE BLENT costumava perder as chaves, então a declarante deixava três cópias da chave da porta de entrada e uma cópia da chave do quarto, em uma caixa de madeira que ficava em cima da mesa da entrada da sala, e percebeu que a referida caixa estava vazia; QUE BLENT era uma pessoa muito discreta; QUE BLENT possuía redes sociais - INTAGRAM - BRENTSIKKEMA; QUE nada mais disse;*

## 2.   *DAS DILIGÊNCIAS DE SEGUIMENTO*

Na data de 16/01/2024, houve diversas diligências na residência da vítima, bem como nos endereços adjacentes, visando obter imagens de câmeras de segurança que flagraram a ação.

A faca utilizada no crime foi apreendida na data de 17/01/2024, em perícia complementar, ainda com manchas de sangue, sendo encaminhada para exame pericial.

Inicialmente, analisando as câmeras de segurança do local, identificou-se que **ALEJANDRO TRIANA PREVEZ** chega ao local do fato e estaciona o veículo FIAT/PÁLIO, de cor prata, às 16h53min do dia 13/01/2024, em frente à casa da vítima. O veículo permanece no local e o autor fica a todo momento dentro do carro, monitorando a vítima.

É possível observar que a vítima deixa sua residência às 20h05min e entra em um veículo preto, aparentemente um Honda/Civic. Uma hora e meia após, às

**Delegacia de Homicídios da Capital**
Rua General Ivan Raposo, 500 – Barra da Tijuca, Rio de Janeiro – RJ Telefone: (21) 2333-6393



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

21h38min, **BRENT** chega novamente à sua casa, inexistindo qualquer movimentação do autor durante todo esse tempo.

Às 22h42min, o autor desce do carro e segue na direção do restaurante Elena, na esquina com a Rua Pacheco Leão. Após dez minutos, **ALEJANDRO** entra no carro novamente, lá permanecendo até a madrugada.



(horário em que a vítima chega em casa)



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**



(autor chega no local, no veículo FIAT/PÁLIO)



(autor deixa o carro e depois retorna)

Página **10 de 58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

Às 03h42min, já do dia 14/01/2024, **ALEJANDRO** deixa o veículo e abre a porta da casa da vítima. Observe-se que a abertura da porta dura aproximadamente um minuto, sendo constatado que o executor possuía, consigo, uma cópia da chave da residência, que lhe foi enviada por **DANIEL SIKKEMA**, meses antes do crime.



Quinze minutos depois, às 03h57min, o autor sai da casa, e faz um movimento de retirada de luvas, guardando-as no bolso em seguida. Às 04h02min, ele deixa o local.



Página 11 de 58



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

Após a análise de diversas câmeras de segurança, foi possível obter a identificação da placa do veículo como sendo DID-1774, conforme *print* que se observa abaixo:



**Delegacia de Homicídios da Capital**
Rua General Ivan Raposo, 500 – Barra da Tijuca, Rio de Janeiro – RJ Telefone: (21) 2333-6393



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**





Página **13** de **58**

**Delegacia de Homicídios da Capital**
Rua General Ivan Raposo, 500 – Barra da Tijuca, Rio de Janeiro – RJ Telefone: (21) 2333-6393



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO À PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

Consultas ao sistema disponíveis demonstraram que o veículo FIAT/PÁLIO, de placa DID-1774, possui emplacamento na cidade de São Paulo/SP, está com o licenciamento em dia, e tem, como proprietária, a nacional **ROSE REIS DE SOUZA**, CPF 04503828851, com endereço à Rua Estaturário, nº 60 – Chácara Monte Alegre – São Paulo.

Referido veículo foi flagrado pelo sistema CÓRTEX no Rio de Janeiro no dia do crime, 13/01/2024, tendo retornado posteriormente para São Paulo. Analises minudentes demonstraram que ele transita majoritariamente nesse Estado, tendo se dirigido ao Rio de Janeiro somente no dia do crime, conforme relatado alhures.



Diligências posteriores, realizadas no dia 17/01/2024 junto às concessionárias que administram a Rodovia Presidente Dutra (Rio – São Paulo), evidenciaram que o investigado passou pelo pedágio próximo à Paracambi/RJ no dia 13/01/2024 às 13h20min, vindo de São Paulo, com direção ao local do crime.

**Página 14 de 58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

Após o fato, o veículo passa na mesma praça de pedágio no dia seguinte, 14/01/2024, às 05h35min, sendo relevante ressaltar que deixou o local do crime às 04h00min, ou seja, de fato o autor se dirigiu a esta cidade única e exclusivamente para executar a vítima.

Abaixo, fotos do veículo passando pelo pedágio:



**Delegacia de Homicídios da Capital**
Rua General Ivan Raposo, 500 – Barra da Tijuca, Rio de Janeiro – RJ Telefone: (21) 2333-6393



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**



Após ser descoberto, portanto, que o veículo retornou para o Estado de São Paulo após a prática do crime, realizou-se o pedido de cooperação para a Polícia Civil daquele Estado, por meio do ofício 004720/2024, tendo os agentes e Autoridades diligenciado ao endereço da proprietária, Rua Estaturário, nº 60 – Chácara Monte Alegre, sendo o veículo encontrado na garagem do imóvel.

Os policiais foram recebidos pelo filho da proprietária, **HÉLIO REIS**, que informou que o veículo estava sendo utilizado por **ALEJANDRO TRIANA PREVEZ**, de nacionalidade cubana, com CPF 718.299.011-33, sendo apresentado, para **HÉLIO REIS**, o vídeo que foi amplamente veiculado na mídia, em que **ALEJANDRO** é flagrado deixando a casa da vítima. **HÉLIO** não titubeou em reconhecer **ALEJANDRO** com sendo o indivíduo que apareceu na filmagem, conforme resposta da Douta Autoridade Policial paulista, e conforme o seu depoimento tomado naquela Unidade da Federação, reproduzido abaixo:

Página **16** de 58



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

TERMO DE DEPOIMENTO

Às 21:02:16 horas do dia 17 do mês de Janeiro de 2024,na sede do Plantão Policial do 21° D.P. VILA MATILDE , presidido pela Autoridade Policial Exmo(a) Sr(a) Dr(a) Claudio Henrique De A Lopes, comigo, Escrivão(ã) de Policia, passou-se à inquirição **TESTEMUNHA HELIO REIS GONÇALVES DE SOUZA**, RG 36755146 - SP, CPF 377.069.928-96, filho de HELIO GONÇALVES DE SOUZA e ROSE REIS DE SOUZA, sexo masculino, pele Branca, nascido em 03/07/1996, com 27 de idade, estado civil Solteiro, profissão Professor(a), grau de instrução Superior completo, residente no endereço RUA ESTUARIO, 60 , SANTO AMARO, CEP 04645-100, S.PAULO - SP , telefone(s) celular (11) 95033-4095. Compromissada, às de costume nada disse. Indagada, às perguntas respondeu: *Que na data de hoje, o depoente encontrava-se na sua redidência, situada à Rua Estuário n° 60, quando por volta das 16h00 policiais civis ali chegaram e indagaram o depoente acerca do veículo Fiat Palio de placas DID-1774 que estava estacionado na garagem de sua casa, motivo pelo qual o depoente esclareceu que tal veículo está em nome de sua genitora, porém, atualmente pertence a um senhor chamado Antônio, o qual é pai do padrasto do depoente; Que, entretanto, Antônio encontra-se exercendo a função de pedreiro no Estado do Maranhão há algum tempo e por isso deixou o carro guardado na casa dele; Que em meados do dia 15 de dezembro do ano passado, a genitora do depoente disse que iria emprestar o carro de Antônio para a pessoa de ALEJANDRO, o qual o depoente esclarece que frequentou sua casa algumas poucas vezes, esclarecendo que ele era natural de Cuba e que a mãe dele, chamada Letícia, hoje falecida, teria estudado com a genitora do depoente aqui no Brasil, motivo pelo qual tornaram-se amigas; Que após a morte de Letícia, uma filha dela esteve no Brasil e conversou com a genitora do depoente, dizendo que um dos últimos desejos da mãe dela, era que ALEJANDRO viesse morar no Brasil, sendo que em razão da amizade que a mãe do depoente nutria por Letícia, acabou se oferecendo para ajudar na recepção de ALEJANDRO, tendo, inclusive, cedido um imóvel dela para ALEJANDRO morar, na Rua Henri Berton, o que ocorreu há mais ou menos dois anos ou um pouco mais, sendo que desde então ALEJANDRO foi algumas vezes na casa do depoente visitar sua genitora, até que no mês de dezembro próximo passado, ALEJANDRO procurou a genitora do depoente peguntando se ela tinha algum carro para lhe emprestar, alegando que precisava do veículo para fazer entregas no Mercado Livre, foi quando então, atendendo a esse pedido, o depoente, seu padrasto e sua genitora foram até a casa dee Antônio pegar o Fiat*

**Delegacia de Homicídios da Capital**
Rua General Ivan Raposo, 500 – Barra da Tijuca, Rio de Janeiro – RJ Telefone: (21) 2333-6393



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

BO Nº: AU7844-1/2024

*Palio placas DID-1774 para emprestar para ALEJANDRO, motivo pelo qual o depoente afirma que este veículo esta na posse de ALEJANDRO há mais ou menos um mês; Que ainda na sua casa, o depoente foi informado pelos policiais, que durante uma investigação de crime de latrocínio ocorrido contra um norte americano no Rio de Janeiro alguns dias atrás, os policiais cariocas tinham visto o veículo de Antônio na cena do crime, sendo que ao assitir as imagens o depoente pôde reconhecer o carro realmente como sendo de Antônio, bem como reconheceu sem sombra de dúvidas, o indivíduo que embarca nele, como sendo a pessoa de ALEJANDRO; Que diante de tais fatos o depoente prontamente se dispôs a levar os policiais até a casa de ALEJANDRO, o qual, entretanto, não foi encontrado, motivo pelo o depoente qual foi convidado a comparecer nesta delegacia para prestar depoimento, bem como, exibir seu veículo para submissão à perícia; Que nesta delegacia, o depoente reconhece fotograficamente ALEJANDRO TRIANA PREVEZ, portador do CPF 718.299.011-33; Que indagado acerca dos motivos que teriam levado ALEJANDRO a viajar para o Rio de Janeiro, o depoente esclarece que em razão do pouco contato que mantinham não sabe muitos detalhes da vida dele, mas informa que alguns dias antes de pegar o carro de Antônio emprestado, ALEJANDRO pediu que o depoente lhe desse carona asté a Rodoviária do Tietê, alegando que iria para o Rio de Janeiro trabalhar com turismo, o que incluisve chamou a atenção do depoente porque ele nunca tinha estado naquela cidade, mas mesmo assim o levou até a Rodoviária, sendo que um ou dois dias depois, ALEJANDRO procurou a genitora do depoente e lhe deu uma quantia em dinheiro dizendo que era do aluguel da casa que ele estava, cujo valor, contudo, o depoente não sabe precisar; Que em relação ao automóvel, o depoente esclarece que ALEJANDRO o devolveu na data de ontem, por volta das 17h00, dizendo que não precisava mais do veículo emprestado porque teria comprado um Fiat Palio Weekend para ele, sendo que desde então o depoente não teve mais notícias de ALEJANDRO, informando que o telefone dele é o de número (11) 9 1062-4987. Nada mais disse nem lhe foi perguntado. Nada mais havendo a tratar ou a relatar, determinou a Autoridade o encerramento do presente termo que, após lido e achado conforme, vai por todos devidamente assinado, inclusive por mim Escrivão(ã) de Polícia que parcialmente o digitei.*

**Página 18 de 58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

21º D.P. VILA MATILDE

BO Nº: AU7844-1/2024

Claudio Henrique De A Lopes
Delegado(a) de Polícia

HELIO REIS GONÇALVES DE SOUZA
Testemunha

JOÃO MARCOS De Souza
Escrivão(ã) de Polícia

**Delegacia de Homicídios da Capital**
Rua General Ivan Raposo, 500 – Barra da Tijuca, Rio de Janeiro – RJ Telefone: (21) 2333-6393



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

**BO: AU7844-2024**

### AUTO DE RECONHECIMENTO FOTOGRÁFICO

Ao 17 dias de janeiro de 2024, nesta cidade de São Paulo, na sede desta Distrital, onde se achava Dr. CLAUDIO HENRIQUE DE ASSIS LOPES, Delegado de Polícia Titular, comigo, Escrivão de Polícia de seu cargo, ao final assinado, aí na presença das testemunhas infra-assinadas, compareceu o(a) Senhor(a) **HELIO REIS GONÇALVES DE SOUZA**, RG: **36.755.146,** já qualificado(a) nos autos, a quem esta Autoridade determinou que descrevesse os sinais característicos de ALEJANDRO e, após, que observasse algumas fotografias, das quais diz que reconhece a fotografia do indivíduo **nº 5** cuja qualificação é **ALEJANDRO TRIANA PREVEZ, CPF: 718.299.011-33,** como sendo seu conhecido que residia na casa de sua genitora e fazia uso do veículo FIAT PALIO placa DID 1774, cujas imagens foram captadas pelo sistema de monitoramento no momento em que embarcava no aludido veículo, logo após o crime de homicídio no Rio de Janeiro. Nada mais tendo a tratar, determinou a Autoridade que encerrasse o presente auto que vai devidamente assinado por todos.



-1-      -2-      -3-      -4-      - 5 –

Autoridade: CLAUDIO HENRIQUE DE ASSIS LOPES

Reconhecedor(a):

HELIO REIS GONÇALVES DE SOUZA

1ª testemunha- GEORGES MONTGOMERY LOPES DA SILVA

2ª testemunha – EDSON ALVES GONÇALVES

Escrivão de Polícia: João Marcos de Souza

**Delegacia de Homicídios da Capital**
Rua General Ivan Raposo, 500 – Barra da Tijuca, Rio de Janeiro – RJ Telefone: (21) 2333-6393



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

Observe-se que o veículo localizado na residência de **HÉLIO REIS** possuía exatamente as mesmas características do veículo utilizado na prática do crime, sendo indubitável a afirmação de que se tratava do mesmo automóvel.

Por tais razões, representou-se, na data de 17/01/2024, pela Prisão Temporária do investigado e pela Busca e Apreensão no seu endereço, bem como no endereço da proprietária do veículo FIAT/PÁLIO, **ROSE REIS DE SOUZA**. O pedido foi prontamente deferido pelo Plantão Judiciário da Comarca da Capital, de forma que **ALEJANDRO TRIANA PREVEZ** foi preso na madrugada do dia 18/01/2024, quando estava em fuga para outro País, sendo capturado na BR 050, Km 124, Estado de Minas Gerais, enquanto descansava para seguir viagem no interior do veículo FIAT/PÁLIO WEEKEND, de placa CMH-9F95.

A prisão foi possível após a troca de informações de inteligência entre a Polícia Civil deste Estado do Rio de Janeiro, do Estado de São Paulo, e da PRF. Em poder do investigado, foi encontrada a quantia de U\$\$ 3.000,00 (três mil dólares), além de R\$ 2.538,00 (dois mil, quinhentos e trinta e oito reais), tudo em espécie.

Também foram arrecadados um aparelho de telefone celular REDMI, de **IMEIs 866147063685509 e 866147063685517**, e um HD WD BLUE, sendo tais materiais apreendidos inicialmente pela Polícia Civil mineira, em razão do cumprimento do mandado de prisão, e posteriormente encaminhado para esta Delegacia de Homicídios, tudo conforme documentação acostada aos autos.

Dentre os documentos que estavam com **ALEJANDRO**, no interior do seu veículo, também foi arrecadado um "PEDIDO DE COMPRA E VENDA", comprovando que ele gastou parte da quantia subtraída da vítima, especificamente R\$

**Página 21 de 58**



SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO
DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA
DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC

13.900,00 (treze mil e novecentos reais), para comprar o FIAT/PÁLIO WEEKEND que conduzia quando foi preso. A compra ocorreu após a prática do crime, no dia 16/01/2024.

Foram juntados ao procedimento, ainda, dois comprovantes de depósito nos valores de R$ 2.000,00 (dois mil reais) e R$ 1.600,00 (um mil e seiscentos reais), **transações que foram realizadas em espécie no dia seguinte ao crime**, 15/01/2024, e que tiveram como destinatários **ROSE REIS** (proprietária do veículo utilizado no crime), e o próprio investigado, respectivamente.

No mesmo sentido, juntou-se comprovantes dos pagamentos dos pedágios, pagos pelo cartão do investigado, bem como as fotos de **ALEJANDRO** quando foi flagrado pelas cabines de pagamento, sendo indubitável, portanto, a afirmação de que se deslocou sozinho para esta cidade, com a finalidade única e exclusiva de cometer o crime.

No dia seguinte à prisão de **ALEJANDRO**, dia 19/01/2024, equipes desta Unidade, juntamente com Policiais Civis do Estado de São Paulo, deram cumprimento ao Mandado de Busca e Apreensão no endereço do investigado, Rua Henry Perton, nº 8-A, Jardim Uberaba/SP, após obtermos o "Cumpra-se" da Autoridade Judiciária local. Foram apreendidos objetos de interesse criminal, dentre eles o boné que aparentemente foi utilizado por **ALEJANDRO** no dia do crime.

O investigado foi ouvido formalmente no dia 20/01/2024, **e teve seu depoimento gravado em vídeo**. Inicialmente negou ter viajado para esta cidade do Rio de Janeiro, sendo que, ao ser confrontado com os elementos de convicção amealhados nos autos, confessou sua vinda, para se encontrar com um nacional que o teria contratado para fazer um serviço de turismo, mas cuja identidade não soube revelar. Apresentou a esquizofrênica versão de que esse indivíduo o teria drogado, e que nada se recorda acerca

Página **22** de **58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

do ocorrido (enquanto foi flagrado pelas câmeras de segurança, espreitando a casa da vítima), tendo acordado, na manhã do dia 14/01/2024, já na rodovia que liga o Rio de Janeiro à São Paulo, com "três mil dólares ao seu lado, no banco do carona". Tentou atribuir, portanto, a prática do crime a um fantasma, versão que soou completamente absurda.

Observe-se que foi constatado no celular do suspeito, após ele ter franqueado o seu acesso (gravado em vídeo), que fora realizada uma chamada de vídeo exatamente às 04h00min do dia 14/01/2024, **exatamente no horário em que deixa a residência de BRENT e adentra no carro**. **Referido contato foi retornado às 7h04min, tendo ALEJANDRO conversado com o comparsa por mais de oito minutos** (conforme consta na Informação de Investigação acerca do conteúdo do aparelho celular de **ALEJANDRO**).

Esse comparsa foi identificado como **DANIEL SIKKEMA**, ex-marido da vítima, que era a pessoa que mais tinha a ganhar com sua morte, tendo aliciado **ALEJANDRO** a executar tal intento com a promessa de que lhe daria, após herdar os bens de **BRENT**, US$ 200,000,00 (duzentos mil dólares), bem como permitiria que ele morasse na residência que a vítima possuía no Jardim Botânico, no exato lugar em que foi assassinada.

Referida conta de *WhatsApp*, com quem o executor se comunicou após o crime, **+5511992433295**, era utilizada por **DANIEL** como uma "linha direta" com **ALEJANDRO**, ou seja, referida conta foi habilitada em um celular que estava em Nova York, nos Estados Unidos, a partir do código de verificação que foi enviado para o celular (via operadora) de **ALEJANDRO**, que por sua vez estava no Estado de São Paulo.

Página 23 de 58



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

Melhor detalhando o que ocorreu, foi enviado um oficio para a Operadora CLARO, solicitando o IMEI vinculado à linha **11-99243-3295**, obtendo-se como resposta que o número somente se vinculou, do ano de 2023 até janeiro/2024, com o aparelho de IMEI 86614706368550, que é exatamente o telefone celular que foi apreendido com **ALEJANDRO**. Referida linha, portanto, vinculou-se à **ALEJANDRO** entre os dias 30/08/2023 e 31/08/2023, quando, então, a partir da ideia elaborada por **DANIEL SIKKEMA**, este último instalou o aplicativo *WhatsApp* no seu próprio aparelho, quando estava nos EUA, sendo o código de acesso enviado para o telefone de **ALEJANDRO**, que imediatamente o reencaminhou para o mandante, permitindo que ele utilizasse a conta atrelada ao número **+5511992433295** a partir daquele país, única e exclusivamente para se comunicar com **ALEJANDRO**, para tratarem assuntos relativos à execução de **BRENT**.

Tudo o que foi exposto foi relatado por **ALEJANDRO**, em sua segunda oitiva, sem que ele soubesse que a polícia já dispunha de parte dessas informações, e que corroboravam o que ele dizia.

Nesse sentido, oficiou-se, inicialmente, a operadora CLARO, que respondeu com os dados abaixo:

**Delegacia de Homicídios da Capital**
Rua General Ivan Raposo, 500 – Barra da Tijuca, Rio de Janeiro – RJ Telefone: (21) 2333-6393



SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO
DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA
DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC

A Claro S.A., em atenção ao Ofício em epígrafe, vem manifestar-se nos seguintes termos:

Após busca em nosso banco de dados, tendo sido pesquisado o período relativo a 01/01/2023 a 23/01/2024, verificou-se que à linha nº 11992433295 esteve vinculado ao IMEI 86614706368550 durante o período de 30/08/2023 a 31/08/2023.

IMEI: 86614706368550
Período de vinculação ao IMEI: 30/08/2023 a 31/08/2023
Linha – 11992433295 Tipo (Pre-Pago) – Data de Ativação – 30/08/2023
Nome: MARIA DAS DORES RODRIGUES
CPF: 01594292779
Endereço: HENRI BERTON, S/N
Bairro: JARDIM UBERABA - Cidade: SAO PAULO
Estado: SP - CEP: 04434-190

O afastamento dos dados do aplicativo *WhatsApp*, deferida judicialmente no processo sigiloso 0015335-17.2024.8.19.0001, constatou que a conta (vinculada à linha) foi criada no dia 31/08/2023, ou seja, exatamente no dia em que **ALEJANDRO** habilitou o chip em seu aparelho, **e foi desabilitada no dia do crime, 14/01/2024, às 07h20min (horário de Brasília GMT-3), exatamente após DANIEL ter conversado com ALEJANDRO e ter descoberto que a vítima fora executada**.

| | WhatsApp Business Record | Page 1 |
|---|---|---|
| **Service** | WhatsApp | |
| **Internal Ticket** | 2616063 | |
| **Number** | | |
| **Account** | +5511992433295 | |
| **Identifier** | | |
| **Account Type** | WhatsAppUser | |
| **Generated** | 2024-02-01 20:26:11 UTC | |
| **Date Range** | 2023-06-01 00:00:00 UTC to 2024-01-18 23:59:59 UTC | |
| **Ncmec Reports Definition** | NCMEC Reports: NCMEC Cybertip information associated with WhatsApp account (if available) | |
| **NCMEC CyberTip Numbers** | No responsive records located | |
| **Emails** | Emails: Account holder's recovery email (if provided by the account holder) | |

Página 25 de 58



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO À PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

| | |
|---|---|
| Connection Info Definition | Connection Info: Account connection and device information (if available) |
| | Connected From Address: Full IP address with port number when the account holder is currently online only |
| | Last Connected IP: Account holder is currently offline and reflects the last captured online IP without port number |
| | App Version: Latest version of WhatsApp running on the account holders mobile device |
| | Connection State: Account holder's current connection status |
| | Connection Time: Date and time stamp related to account holder's current connection status |
| | Device OS Build Number: Mobile device's current operating system |
| | Device Type: Account holder's type of device I.E. iPhone, Samsung, Web etc. |
| | Inactive Since: Date and time since the account holder has been inactive - the account holder is not actively using the app but has it running in the background of their mobile device |
| | Last Seen: Last date and time the account holder opened and viewed the app before going offline |
| | Push Name: Name provided (if available) by the account holder |
| | Service Start: Date and time the account holder registered the mobile device to start using WhatsApp on their phone |

| Connection | |
|---|---|
| | Device Id: 0 |
| **Service start** | **2023-08-31 00:16:51 UTC** |
| Device Type | Android |
| App Version | 2.23.25.83 |
| Device OS | os: 12, model: motorola ellis |
| Build Number | |
| Connection State | OFFLINE |
| **Last seen** | **2024-01-14 10:20:15 UTC** |
| **Last IP** | **2603:7000:473d:b1ce:bc1f:6234:1f79:36f7** |

Ressalte-se que a nova oitiva da Advogada e amiga da vítima, **SIMONE SILVEIRA**, no dia 22/01/2024, trouxe a relevante informação de que a tia de **DANIEL SIKKEMA** (ex-companheiro da vítima), de nome **BELKIS YAISY ZULUETA**, compartilhou uma mensagem que recebeu pela rede social *WhatsApp*, no dia 01/09/2023, com ameaças, exatamente do número **11-99243-3295**, ou seja, através do número utilizado por **DANIEL**.

Abre-se um parêntese, nesse ponto, apenas para explicar que **BELKIS YAISY**, tia de **DANIEL SIKKEMA**, seria a proprietária ("laranja") de um imóvel comprado por **BRENT** em Cuba, já que, segundo a legislação local, estrangeiros não podem adquirir propriedades naquele país. Ocorre que, após a separação de **BRENT** e **DANIEL**, ocorrida em janeiro de 2023, **BELKIS YAISY** negava-se a entregar o imóvel, tendo passado a chantagear a vítima para fazê-lo.

**Página 26 de 58**



SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO
DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA
DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC

Ainda segundo informações trazidas ao Inquérito, também **DANIEL SIKKEMA** estaria litigando com sua tia **BELKIS** (conforme informação de investigação acostada), já que, após a separação de **DANIEL** com a vítima este teria tentado reaver a casa, o que fora negado por **BELKIS**.

Nesse sentido foi o e-mail recebido por **JAMES DEAVER**, advogado da vítima em Nova York, onde é mencionado que *"(...) BELKIS YAISY ZULUETA É A PESSOA EM CUJO NOME DANIEL (E PRESUMIVELMENTE BRENT) COLOCOU COMO PROPRIETÁRIA DO APARTAMENTO" (...) "A SRA. (BELKIS) ZULUETA E DANIEL TIVERAM UMA BRIGA HORRÍVEL ACERCA DO APARTAMENTO" (sic).*

Na mesma direção foi o depoimento de **ALEJANDRO**, quando relatou que recebera a informação de **DANIEL SIKKEMA** no sentido de que *"BRENT TINHA UMA COBERTURA EM HAVANA QUE ACREDITA ESTAR NO NOME DA PRIMA DE DANIEL, CUJO NOME NÃO SABE INFORMAR", e "QUE DANIEL DISSE AO DECLARANTE QUE ESTAVA COM PROBLEMAS COM UMA PRIMA, CUJO NOME O DECLARANTE NÃO SABE INFORMAR; QUE BRENT TERIA TRANSFERIDO UM IMÓVEL PARA ESSA PRIMA, POIS NINGUÉM PODE TER MAIS DE UMA PROPRIEDADE EM HAVANA; QUE A PRIMA TERIA SE APOSSADO DO IMÓVEL E RECUSAVA-SE A SAIR; QUE DANIEL PROCURAVA ALGUÉM EM CUBA QUE ESTIVESSE DISPOSTO A DAR UMA SURRA NO MARIDO DESSA PRIMA E CHEGOU A PEDIR INDICAÇÃO A ALEJANDRO; QUE ESSA PRIMA PEDIA $20.000,00 (VINTE MIL DÓLARES) PARA SAIR DA CASA (...)".*

No conteúdo da mensagem recebida por **BELKIS**, consta o seguinte (já traduzido para o português) : *"LADRONA, TENHO A PARTIR DE HOJE ORDENS PARA TE MATAR EM UM MÊS, SE NÃO ME DEVOLVER O QUE ROUBASTE. PRIMEIRO SERÁ VOCÊ, DEPOIS SEU MARIDO, E DEPOIS O FILHO DE AMBOS EM MIAMI.*

**Página 27 de 58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

*VOCÊ CONDENOU SEU FILHO PEQUENO À ORFANDADE, PARA VER COMO SOBREVIVEM SOZINHOS. QUALQUER QUE CUIDE DELES ACONTECERÁ COM ELES A MESMA COISA. SE VOCÊ NÃO ACREDITA, EXPERIMENTE. JÁ ESTOU A OBSERVÁ-LOS.*" Acompanhou a referida mensagem uma foto do filho de **BELKIS**, visando dar verossimilhança à ameaça.




       Comprovou-se, portanto, que a conta *WhatsApp* **+5511992433295**, foi utilizado no dia 01/09/2023 por **DANIEL SIKKEMA** para ameaçar sua tia, **BELKIS YAISY**, sendo o número para o qual **ALEJANDRO** ligou logo após cometer o crime, no dia 14/01/2024.

       **Página 28 de 58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO À PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

Reforçando ainda mais os indícios que pesam contra **DANIEL SIKKEMA**, deve-se ressaltar que a linha habilitada por **ALEJANDRO** em 30 e 31/08/2023 cadastrada em nome de **MARIA DAS DORES RODRIGUES**, diarista que trabalhou na casa da vítima enquanto ela ainda era casada com **DANIEL**.

Para tanto, **DANIEL** forneceu a **ALEJANDRO**, que foi quem ficou responsável por comprar o chip da operadora, o CPF de uma pessoa, tendo lhe enviado uma foto com o número do documento. **ALEJANDRO**, portanto, sem conhecer **MARIA DAS DORES**, cadastrou o chip em seu próprio aparelho, e em seguida forneceu os dados para acesso ao *WhatsApp* ao arquiteto do crime.

A Claro S.A., em atenção ao Ofício em epígrafe, vem manifestar-se nos seguintes termos:

Após busca em nosso banco de dados, tendo sido pesquisado o período relativo a 01/01/2023 a 23/01/2024, verificou-se que à linha nº 11992433295 esteve vinculado ao IMEI 86614706368550 durante o período de 30/08/2023 a 31/08/2023.

IMEI: 86614706368550
Período de vinculação ao IMEI: 30/08/2023 a 31/08/2023
Linha – 11992433295 Tipo (Pre-Pago) – Data de Ativação – 30/08/2023
Nome: MARIA DAS DORES RODRIGUES
CPF: 01594292779
Endereço: HENRI BERTON, S/N
Bairro: JARDIM UBERABA - Cidade: SAO PAULO
Estado: SP - CEP: 04434-190

**MARIA DAS DORES** foi ouvida no dia 24/01/2024, e relatou, em apertada síntese, *(i)* que tinha mais proximidade com **DANIEL SIKKEMA**, tendo em vista que ele falava português; *(ii)* que trabalhava na residência do casal quando eles se separaram; *(iii)* que **DANIEL**, em certa ocasião, trouxe uma parente Cubana para se hospedar na residência, de nome **MAYARA**; *(iv)* que, enquanto trabalhou com a vítima, permitiu que algumas contas da casa fossem colocadas em seu nome, para facilitar a

**Página 29 de 58**



resolução de qualquer problema que viesse a ocorrer; *(v)* que, após a separação, continuou mantendo contato com **DANIEL**; *(vi)* que nunca viu o investigado no presente crime, **ALEJANDRO TRIANA PREVEZ**.

O depoimento da diarista foi prestado de forma coerente, sendo certo que **DANIEL SIKKEMA** forneceu os seus dados para que **ALEJANDRO** cadastrasse o chip de celular com a linha 11-99243-3295.

Segue, abaixo, à titulo de ilustração, diagrama acerca de como foi arquitetata a trama criminosa:



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**



**Delegacia de Homicídios da Capital**
Rua General Ivan Raposo, 500 – Barra da Tijuca, Rio de Janeiro – RJ Telefone: (21) 2333-6393



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

Pois bem. Deferida a quebra de sigilo do *WhatsApp* da conta **+5511992433295**, comprovou-se que o aplicativo vinha sendo acessado da cidade de Nova York, nos Estados Unidos, conforme consulta dos IPs que retornaram do provedor de aplicação.

A primeira conexão com o aplicativo, por exemplo, ocorrida na data de 31/08/2023 às 00:17:08 UTC, IP 2603:7000:47f0:8660:b030:3a34:b9f0:7b1b, se deu a partir de Nova York, conforme consultas realizadas em fontes abertas, senão vejamos:

**Time** 2023-08-31 00:17:08 UTC
**IP Address** 2603:7000:47f0:8660:b030:3a34:b9f0:7b1b



LOCALIZAR IP

IP: 2603:7000:47f0:8660:b030:3a34:b9f0:7b1b
Provedor: Charter Communications Inc
Cidade: New York
País: United States
Região: New York

(conforme consulta ao https://king.host/wiki/geoip/)

O mesmo ocorreu com praticamente toda a informação disponibilizada pelo *WhatsApp*, ou seja, de todo o farto material analisado, todas as conexões são via Wi-

Página **32** de **58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

fi, com o serviço sendo disponibilizado pelo provedor Charter Communications Inc, empresa que atende 41 estados dos EUA[1], **sendo o IP utilizado pelo mandante do crime, em Nova York**. **O último IP de conexão, logo após DANIEL ter tomado ciência da morte da vítima, quando falou com ALEJANDRO pela última vez (por este canal) também o foi a partir do mesmo local, senão vejamos**:

| Connection | | |
|---|---|---|
| | **Device Id** | 0 |
| | **Service start** | 2023-08-31 00:16:51 UTC |
| | **Device Type** | Android |
| | **App Version** | 2.23.25.83 |
| | **Device OS** | os: 12, model: motorola ellis |
| | **Build Number** | |
| | **Connection State** | OFFLINE |
| | **Last seen** | 2024-01-14 10:20:15 UTC |
| | **Last IP** | 2603:7000:473d:b1ce:bc1f:6234:1f79:36f7 |



IP: 2603:7000:473d:b1ce:bc1f:6234:1f79:36f7
Provedor: Charter Communications Inc
Cidade: New York
País: United States
Região: New York

(conforme consulta ao https://king.host/wiki/geoip/)

---

[1] Conforme consulta em: https://corporate.charter.com/about-charter (em 05/02/2024)

Página **33** de **58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

Por razões óbvias, neste momento não foi possível requisitar informações do provedor de internet localizado em Jurisdição estrangeira, eis que não se submetem às leis brasileiras.

Reforçando, ainda mais, as suspeitas sobre a autoria intelectual, cumpre ressaltar que, dentre os contatos registrados no aplicativo *WhatsApp* de **DANIEL SIKKEMA**, constavam como salvos apenas três números (contatos assimétricos): **5358645918**, número com DDI de Cuba, vinculado à sua tia (ou prima) **BELKIS ZULUETA**[2], a quem ameaçou no dia seguinte à habilitação da conta; **5511910624987**, número que era utilizado pelo executor **ALEJANDRO**; e **5511972822279**, número pertencente à **ROSE REIS DE SOUZA** (pessoa ligada à **ALEJANDRO**, proprietária do veículo PÁLIO).



─────────────

[2] Conforme consultas em fontes abertas.

Página **34** de **58**



SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO
DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA
DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC

## 3.  *DOS INDÍCIOS DE AUTORIA*

Excelência, acredita-se que a autoria direta e a intelectual se encontram perfeitamente delineadas, com a descrição clara das condutas de cada um dos indiciados, bem como com evidências da motivação criminosa.

Naquilo que tange ao investigado **ALEJANDRO TRIANA PREVEZ**, é válido ressaltar que em seu primeiro depoimento, prestado no dia seguinte à sua prisão, apresentou uma versão completamente fictícia, risível, onde tentou atribuir, conforme dito acima, a prática do crime a um fantasma.

Percebendo o cabedal de provas que existiam em seu desfavor, o investigado, por meio de sua defesa técnica, solicitou que lhe fosse oportunizada nova oitiva, sendo ela agendada para o dia 30/01/2024, conforme Ofício encaminhado para SEAP.

Em seu novo depoimento, que foi prestado na presença de seus dois Advogados, **ALEJANDRO TRIANA PREVEZ** assumiu a prática do crime, e alegou ter agido movido pela ganância, já que **DANIEL SIKKEMA** lhe prometeu o pagamento de US$ 200.000,00 (duzentos mil dólares), caso alcançasse seu intento.

O executor relatou que de fato trabalhou para **DANIEL SIKKEMA** como segurança em uma das residências do casal em Havana/Cuba, tendo sido contratado pelo próprio **DANIEL**, e relatou que não conhecia, pessoalmente, a vítima **BRENT SIKKEMA**.

Durante o tempo em que trabalhou nesse imóvel, exerceu o ofício de segurança noturno, já que, segundo relatou, residências que tem como proprietários

**Página 35 de 58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

americanos, sobretudo àqueles que renunciaram à cidadania cubana (como é o caso de **DANIEL**), "*não eram bem vistos pelo regime, o que deixava a propriedade vulnerável à prática de crimes*". (sic)

Durante esse tempo, somente **DANIEL** e **LUCAS** (filho adolescente do casal) frequentavam a casa, de modo que **ALEJANDRO** desenvolveu, com eles, certa proximidade.

Após ter se mudado para o Brasil, fato que ocorreu no mês de setembro do ano de 2022 (conforme consta em seu passaporte), **ALEJANDRO** inicialmente residiu, por cerca de um mês, na casa de **ROSE**, e posteriormente passou a alugar uma quitinete também de propriedade da amiga de sua mãe.

Ao trocar de aparelho celular, quando já estava no Brasil, visto que, segundo relatou, o aparelho que trouxe de Cuba não funcionava perfeitamente, **ALEJANDRO** baixou no dispositivo recém adquirido os seus contatos que possuía na núvem, quando percebeu, então, o nome de **DANIEL** nessa lista.

Houve breves diálogos de **ALEJANDRO** com **DANIEL**, e, em determinada ocasião, o mandante passou a confidenciar ao executor que passava por um momento difícil no divórcio com **BRENT**, tendo reclamado do valor da pensão que recebia, e também do fato de a vítima despender altas quantias "*com drogas, festas e garotos de programa, não sobrando o suficiente para ajudar no sustento de LUCAS*" (sic).

Ao final dessa conversa, que se deu por ligação de áudio e ocorreu em meados de 2023, **DANIEL** faz uma oferta para **ALEJANDRO**, prometendo-lhe US\$ 200.000,00 (duzentos mil dólares) caso ele concordasse em executar a vítima, além de



SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO
DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA
DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC

ajuda com o que precisasse, e ainda prometeu que permitiria que **ALEJANDRO** residisse na casa do Jardim Botânico, em que a vítima foi morta.

Observe-se que, após a conversa havida entre ambos, **DANIEL** passou a realizar frequentes envios de dinheiro para **ALEJANDRO**, por intermédio da empresa WESTERN UNION, sendo a primeira remessa no valor de US$ 300,00 (trezentos dólares), a segunda de US$ 1.000,00 (mil dólares) e as demais em torno de US$ 500,00 (quinhentos dólares), mensalmente.

Esses valores, ainda segundo **ALEJANDRO**, serviriam para que ele comprasse um telefone novo, tirasse a carteira de habilitação (para que a execução e a fuga do crime fossem facilitadas), e comprasse os itens necessários para sua sobrevivência.

Abra-se um parente, nesse ponto, para corroborar o que foi relatado por **ALEJANDRO**, no sentido de que ele, de fato, fazia uso de um telefone XIAOMI REDMI 9, de IMEI 860597056277200, até o dia 11/08/2023, sendo que, a partir do dia 19/08/2023 até a data em que foi preso, passou a fazer uso de outro celular, o REDMI 12 que foi apreendido em seu poder. A resposta da operadora VIVO bem demonstrou o alegado, senão vejamos:

**Página 37 de 58**



SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO
DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA
DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC



Assim sendo, considerado o período indicado, obtivemos a seguinte informação:

11910624987   Período:01/01/2023 00:00:00 a 24/01/2024 20:09:01
86059705627190 - 02/01/2023 a 13/01/2023
860597056277200 - 18/01/2023 a 11/08/2023
86614706385510 - 19/08/2023 a 24/01/2024

*** IMEI: o último dígito é o *verificador*, o qual pode ser zerado, sem qualquer prejuízo.

Posto isto, apresentamos a seguir os dados cadastrais das linhas identificadas:

I) PESQUISAS

* -------------------------------------------------------- *
*                    PARÂMETRO(S) DE CONSULTA              *
* NÚMERO DA LINHA: (11) 91062-4987                         *

Da mesma forma, **ALEJANDRO** deu início ao seu processo de habilitação veicular, tendo retirado sua carteira no dia 15/11/2023, conforme fotos juntadas aos autos. Tudo a corroborar a intenção da dupla em executar a vítima, plano que foi meticulosamente orquestrado.

E não foi só. Além do suporte moral, material para a compra de celular, entrada no processo de habilitação, etc, **DANIEL** também ordenou que **ALEJANDRO** comprasse um chip de celular, o cadastrasse em um CPF que seria lhe passado, e, após **DANIEL** baixar o aplicativo *WhatsApp* em seu próprio aparelho, nos Estado Unidos, solicitou que **ALEJANDRO** lhe enviasse o código para acesso, enviado para o terminal recém adquirido. Assim foi feito, de modo que **ALEJANDRO** e **DANIEL** passaram a ter um canal que acreditavam ser seguro de contato, tendo **DANIEL** se utilizado de tal conta do *WhatsApp*, conforme já visto, para também ameaçar sua prima **BELKIS ZULUETA**.

Ressalte-se que, sem saber que a polícia já dispunha de tais informações, **ALEJANDRO** relatou exatamente como a comunicação se deu, e quais

Página **38** de 58



SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO
DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA
DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC

foram os comandos emitidos por **DANIEL**, para que esse cadastro no celular fosse realizado dessa forma. Até o CPF de **MARIA DAS DORES**, diarista que conhece e tem grande apreço por **DANIEL**, e que aceitou que determinadas contas da casa de **BRENT** fossem colocadas em seu nome, foi repassado para **ALEJANDRO** pelo arquiteto intelectual do crime.

**MARIA DAS DORES**, quando perguntada, negou veementemente conhecer **ALEJANDRO**. Já quanto a **DANIEL**, disse manter frequentes contatos com ele, inclusive após o crime.

Também sem saber que a polícia estava em posse de um comprovante de depósito, recebido por **ALEJANDRO** via WESTERN UNION, este nos informou que **DANIEL** fazia frequentes remessas de valores que variavam de trezentos dólares a mil dólares, utilizando-se, para tanto, do nome de um "laranja" chamado **PEDRO**. No comprovante apreendido pela polícia, no interior do veículo de **ALEJANDRO**, existia um comprovante de recebimento de depósito no exato valor de US$ 500,00 (quinhentos dólares), recebidos de um tal "PEDRO MAINER", e enviados a partir da cidade de Nova York/EUA (local de residência de **DANIEL**).

Página **39** de **58**



SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO
DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA
DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC

**WesternUnion\WU**

WESTERN UNION CORRETORA DE CÂMBIO S.A.
CNPJ 13.728.156/0001-35
Agente autorizado BACEN 28996/0001
Comprovante de recebimento - Transferência de dinheiro internacional

| | | | |
|---|---|---|---|
| Data da transação: | 11-29-2023 02:04 PM BRT | Mercado de câmbio: | COMPRA |
| Nome do correspondente: | WESTERN UNION CORRETORA SA | MTCN: | 869-536-2328 |

CNPJ correspondente:    013.728.156/0001-35

**Dados do Cliente**

| | | | |
|---|---|---|---|
| Nome do cliente: | ALEJANDRO TRIANA PREVEZ | | |
| Cpf: | 71829901133 | Nacionalidade: | Cuba |
| Endereço: | HENRI BERTON - JARDIM UBERABA | Telefone: | 11910624987 |
| Cidade: SAO PAULO | Estado:SP | CEP: 04434--19 | País: Brasil |

Operação - dados básicos
Moeda: USD - Dólar dos Estados Unidos
Quantidade:    500,00    Quinhentos Dólares e Zero Centavo.    Taxa Cambial: 4,624306
Forma de entrega:    65
Código da natureza:    379940006767    Doações ou Transferências sem contrapartida
Valor da operação (R$):    2.312,15    Dois Mil Trezentos e Doze Reais e Quinze Centavos.
Valor da tarifa (R$):    0.00
IOF (R$):    8,79    IOF alíquota: 0,38%
Valor total a receber (R$):    2.303,36    Dois Mil Trezentos e Três Reais e Trinta Seis Centavos.
Valor efetivo total - VET (R$):    4,606720

**Informações complementares**

Nome do remetente:    PEDRO MAINER

Cidade/ Estado/ País:    EAST ELMHURST ,NY ,Estados Unidos
Valor referência de envio na origem

Moeda:    USD-Dólar norte-americano    Quantidade:    500,00

Declaro ter ciência dos Termos e Condições disponíveis em:https://corretorawesternunion.com.br/termos-e-

 

Em continuidade à oitiva de **ALEJANDRO**, este ainda informou que **DANIEL** lhe encaminhou, via empresa de transporte de mercadorias DHL, uma cópia da chave da casa de **BRENT** no Jardim Botânico (Rua Abreu Fialho, 13), a permitir que o executor "diligenciasse" até o endereço que seria alvo do crime, com o intuito de fazer, segundo o próprio **ALEJANDRO** relatou, um "reconhecimento de área".

A "encomenda" foi recebida por **ALEJANDRO** no dia 23/08/2023, conforme resposta recebida da empresa DHL (juntada aos autos), e foi enviada pelo mesmo "laranja", de nome **PEDRO LUIS MAINER**, da cidade de Nova York:

Página **40** de **58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**



05 February 2024

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 1023023256.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 1023023256 was delivered on 22 August 2023 at 12.01**

| Signed | ALEJANDRO TRIANA CPF 71829901133 | Receiver Name | SANTO AMARO/ ATTN: ALEJANDRO TRIANA |
|---|---|---|---|
| Signature | | Receiver Address | RUA ARNALDO MAGNICCARO 346 VILLA GEAJURABATUBA SP SAO PAULO BRAZIL |
| Shipment Status | Delivered | Piece ID(s) | JD014600011155148391 |

**Additional Shipment Details**

| Service | EXPRESS EASY nondoc | Shipper Name | PEDRO LUIS MAINER |
|---|---|---|---|
| Picked Up | 18 August 2023 at 18.09 | Shipper Address | 3212 93RD ST NY NY EAST ELMHURST UNITED STATES OF AMERICA |
| Number of Pieces | 1 | | |
| Weight | 0.28 lbs / 0.13 kg | | |
| Contents | POSTCARD | Shipper Reference | 1023023256US20230818194021110 CC 89.39 |

De fundamental importância notar que, quando do envio do envelope, foi informado, pelo remetente, o e-mail lilogarciacarrera@gmail.com, sendo ele referente à alguém da mesma família de **DANIEL SIKKEMA**, que possui o nome cubano **DANIEL GARCIA CARRERA**:

Página **41** de **58**

**Delegacia de Homicídios da Capital**
Rua General Ivan Raposo, 500 – Barra da Tijuca, Rio de Janeiro – RJ Telefone: (21) 2333-6393



SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO
DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA
DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC



PEDRO LUIS MAINER
PEDRO LUIS MAINER
3212 93RD ST

EAST ELMHURST
11359
UNITED STATES OF AMERICA
+1(347) 351-8787
LILOGARCIACARRERA@GMAIL.COM

VAT No:
EORI:
TAX ID:

Shipper Reference:
Receiver Reference:

Remarks:

Página **42** de 58

**Delegacia de Homicídios da Capital**
Rua General Ivan Raposo, 500 – Barra da Tijuca, Rio de Janeiro – RJ Telefone: (21) 2333-6393



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**



(acesso em 06/02/2024, às 11h48min. https://www.facebook.com/photo/?fbid=10225293324417050&set=ecnf.1140642533)

Página **43** de **58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

Esse e-mail, comprovou-se através de ofício encaminhado para a Google, era em verdade utilizado por DANIEL, e estava cadastrado no nome do filho do casal, LUCAS, mas com e-mail de recuperação e telefone informados do próprio mandante, senão vejamos:

############## * Google Confidential and Proprietary * ##############

## GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 164909156041
Name: Lucas Daniel Sikkema
Given Name: Lucas Daniel
Family Name: Sikkema
e-Mail: lilogarciacarrera@gmail.com
Alternate e-Mails:

Created on: 2017-07-12 00:57:40 Z
Provider for Consumer Services: Google LLC

Services: Web & App Activity, Gmail, Google Hangouts, YouTube, Google Calendar, Google Books, Google My Maps, Is In Family, Google Payments, Google Docs, Google Sites

Deletion Date:

End of Service Date:

Last Updated Date: 2024-01-23 13:03:05 Z
Last Logins: 2024-01-23 13:03:03 Z, 2024-01-05 13:36:54 Z, 2023-11-09 23:28:34 Z

### ACCOUNT RECOVERY

Contact e-Mail: lilogarciacarrera@gmail.com
Recovery e-Mail: danielsikkema@yahoo.com
Recovery SMS: +13479420415 [US]

### MADISON INFORMATION

### MADISON ADMIN INFORMATION

############## * Google Confidential and Proprietary * ##############

Página **44** de 58



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

Desse modo, no mês de agosto de 2023, após ter recebido as chaves da casa de **BRENT** enviadas por **DANIEL**, **ALEJANDRO** vem para o Rio de Janeiro no dia 25/08, custeado pelos dólares que eram enviados pelo comparsa, e se hospeda, via AirBNB, em endereços próximos ao da residência da vítima, buscando conhecer o local e planejar rotas de fuga. Ressalte-se que **ALEJANDRO** já havia sido informado que **BRENT** não estaria no Rio de Janeiro nesse período, o que foi confirmado com a sua Certidão de Movimentos Migratórios, documento encaminhado pela Polícia Federal, após ofício.

**ALEJANDRO** esteve nesta cidade, conforme relatou, e conforme a análise da sua linha telefônica, produzida pelo Setor de Busca Eletrônica desta Unidade, dos dias 25/08/2023 a 28/08/2023; 09/12/2023 até 11/12/2023; e na data do crime, dias 13 e 14/01/2024.

Ainda segundo **ALEJANDRO**, na primeira vez em que veio ao Rio, **DANIEL** lhe informou que **BRENT** não estaria no Brasil, já que acompanhava suas viagens e suas reservas de estadias pelo AirBNB da vítima, conta à qual (**DANIEL**) tinha acesso. Referida informação (de que a vítima, de fato, não esteve no Brasil nesta data) foi corroborada pela PF, que confirmou que a vítima aqui esteve de 19/07/2023 à 29/07/2023, em datas que não coincidiram com a vinda do executor.

Fotos constantes no celular de **ALEJANDRO** comprovaram que ele, de fato, ingressou na casa de **BRENT** em agosto de 2023, tendo fotografado, a partir de seu próprio aparelho, o quarto de visitas e o cofre existente no quarto de **BRENT**, senão vejamos:

**Página 45 de 58**



SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO
DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA
DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC




Referidas fotos foram vistas por **SIMONE NUNES**, que as reconheceu como sendo tiradas da casa de **BRENT**, em depoimento prestado no dia 07/02/2024.

Feito o levantamento inicial nas adjacências e no interior da residência de **BRENT**, e já de posse da chave do imóvel, **ALEJANDRO**, então, aguardou novo comando do mandante, tendo este lhe informado que **BRENT** estaria no Rio de Janeiro no mês de dezembro (chegou, mais especificamente, dia 10/12/2023, conforme Certidão emitida pela PF). Dessa forma, **ALEJANDRO** retornou para esta cidade, pela segunda vez, no dia 09/12/2023, aqui tendo permanecido até o dia 11/12/2023.

Durante esse período, **ALEJANDRO** relatou que chegou a invadir a casa de **BRENT**, com a chave que fora enviada por **DANIEL**, contudo percebeu que a porta do quarto da vítima estava trancada, tendo, então, ligado para **DANIEL** para

**Delegacia de Homicídios da Capital**
Rua General Ivan Raposo, 500 – Barra da Tijuca, Rio de Janeiro – RJ Telefone: (21) 2333-6393



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

informa-lo, bem como para saber o que faria. **DANIEL** lhe instrui, então, que fizesse algo para tirar **BRENT** do quarto, ao que **ALEJANDRO** desliga o disjuntor geral da casa, na tentativa de forçar a vítima a sair do aposento.

Entretanto, ao invés de sair do quarto, **BRENT** passa a realizar ligações através de seu telefone celular, ainda no interior do recinto, o que faz com que o executor deixe o local com medo de ser descoberto, desistindo de consumar seu intento naquela ocasião.

Na análise preliminar no celular de **ALEJANDRO**, foram encontradas fotos do interior da residência de **BRENT**, registros que foram feitos na madrugada do dia 11/12/2023 e mostram, inclusive, que o investigado chegou a fazer uma "selfie" na cozinha do imóvel, conforme se observa abaixo:

 

Página **47** de **58**



SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO
DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA
DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC

Também é relevante ressaltar que **DANIEL** orienta **ALEJANDRO** no sentido de que, caso fosse descoberto e abordado por **BRENT**, era para que ele dissesse que era filho de **SIMONE** (advogada da vítima no Brasil).

Frustrada, portanto, a tentativa de executar a vítima, ocorrida no mês de dezembro/2023, **DANIEL** se aborrece com **ALEJANDRO** e para de lhe enviar dinheiro, e ambos se comprometem a tentar mais uma vez, antes que **BRENT** deixasse o Brasil (a vítima o faria no dia 16/01/2024, conforme depoimento de **SIMONE**).

Assim é feito. **ALEJANDRO**, que está, desta feita, de posse do veículo FIAT/PÁLIO de propriedade de **ROSE**, pega a direção do Rio de Janeiro na manhã do dia 13/01/2024 e permanece monitorando a vítima até que decide entrar na sua residência, conforme já relatado alhures.

Interessante mencionar, nesse ponto, que **ALEJANDRO** foi informado por **DANIEL** que **BRENT** somente dormia a base de remédios, e que, portanto, possuía um sono profundo; que adentrou na casa já com a chave da residência em suas mãos, chave que fora previamente encaminhada por **DANIEL**; que, já dentro do imóvel, retirou uma faca do faqueiro, com a qual executou a vítima, tendo a recolocado no mesmo local após lavá-la (fato comprovado pelo exame pericial, que encontrou a faca ainda suja de sangue no faqueiro, bem como indícios de que mãos sujas de sangue foram lavadas na pia da cozinha); que efetuou diversas facadas na vítima, tendo colocado toalhas e almofadas sobre ela, tendo em vista que "*não queria ficar olhando para o seu rosto*" (sic); e que, por fim, tão logo entrou no carro, efetuou uma chamada para **DANIEL**, que não atendeu, tendo ele retornado a ligação por volta das 07h00min do dia 14/01/2024, quando, então, se falaram pela última vez através do número *WhatsApp* **+5511992433295** (fatos que a investigação já logrou comprovar, conforme mencionado acima).

Página **48** de **58**

**Delegacia de Homicídios da Capital**
Rua General Ivan Raposo, 500 – Barra da Tijuca, Rio de Janeiro – RJ Telefone: (21) 2333-6393



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

Reforce-se que **DANIEL**, conforme prometido à **ALEJANDRO**, desfez-se do celular que abrigava a conta *WhatsApp* mencionada, exatamente após ter falado com ele, conforme demonstrou a resposta telemática da rede social. Os contatos posteriores havidos, portanto, o foram através do telefone de uma prima de **DANIEL**, que mora com ele em Nova York, chamada **MAYRA**.

**Abaixo, prints de chamadas do contato "Mayra Dani", linha +5356078548, para o celular de ALEJANDRO, nos dias 17 de janeiro, antes do executor ser preso, ligação que durou oito minutos e trinta e três segundos, e também no dia 16/01/2024, em chamada de dezesseis minutos e treze segundos:**

**Delegacia de Homicídios da Capital**
Rua General Ivan Raposo, 500 – Barra da Tijuca, Rio de Janeiro – RJ Telefone: (21) 2333-6393



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**







Página **50** de **58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

Insta consignar que o próprio **DANIEL SIKKEMA**, através do contato **+1 (347) 942-0415**, em número cadastrado como **"Zalguien"**, ligou para **ALEJANDRO** no dia **20/01/2024**, ligação que não foi atendida, já que **ALEJANDRO** encontrava-se preso.

 

Página **51** de **58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**



Recorde-se, que no termo da Advogada **SIMONE**, este é exatamente o telefone utilizado por **DANIEL SIKKEMA**, senão vejamos:

*QUE BRENT havia se separado de CARLOS há muitos anos, mas continuavam amigos; QUE os telefones de DANIEL SIKKEMA é +1 347 942 0415 e +1 609 339 9424; QUE DANIEL SIKKEMA tem uma tia chamada MAYRASRA SOTORRIOS GARCIA, cujo telefone é +53 5 607 8548; QUE em setembro de 2022, MAYRASRA veio ao Brasil realizar um tratamento odontológico e ficou hospedada na casa de BRENT no Jardim Botânico; QUE BRENT e*

Pois bem. Após o crime, o fato ganhou gigantesca repercussão midiática, o que fez, por óbvio, com que os responsáveis por sua prática passassem a acompanhar qualquer novidade, ou qualquer "furo" obtido pela imprensa. Dessa forma, **DANIEL**, segundo declarações de **ALEJANDRO**, percebeu quando imagens da chegada do FIAT/PÁLIO, com a entrada do executor na casa da vítima, foram indevidamente divulgadas pela mídia no dia 17/01/2024, fomentadas pela ambição de uma determinada empresa de segurança, que assumiu publicamente a divulgação de tais gravações. Isso fez

Página **52** de **58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

com que **DANIEL** tivesse ciência de que a polícia já avançava na investigação, de modo que ele ligou para **ALEJANDRO** e ordenou que ele saísse de São Paulo, em direção a outro País.

O cubano assim fez, e, na noite do dia 17/01/2024, passou a dirigir com o veículo recém adquirido, com o qual foi preso, um FIAT/PÁLIO WEEKEND, na direção da fronteira, sendo capturado na madrugada do dia 18/01/2024, na rodovia que liga Uberaba/MG à Uberlândia/MG.

**ALEJANDRO**, portanto, em seu segundo depoimento, confessou toda a trama criminosa, e forneceu detalhes que somente ele poderia saber, detalhes que permitiram entender toda a dinâmica delitiva, tais como a facilidade com que teve em ingressar na residência da vítima; o conhecimento acerca das datas de sua estadia no Brasil; a ciência do imbróglio existente entre **DANIEL** e sua prima, acerca de uma propriedade em Cuba, já que essa prima "*teria se apossado do imóvel e se recusava a sair*"; a chantagem que era exercida por essa prima (**BELKIS**), já que ela estaria exigindo US$ 20.000,00 (vinte mil dólares) para deixar a casa, o que foi corroborado pelo depoimento da advogada **SIMONE** e pela análise do computador pessoal de **BRENT** (esta última acostada aos autos).

Até mesmo o fato de a vítima ter sido encontrada toda coberta, com toalhas, lençóis e almofadas, restou satisfatoriamente esclarecida.

Comprovou-se, portanto, que **DANIEL SIKKEMA** *(i)* remeteu dinheiro para **ALEJANDRO**, para que comprasse telefone, tirasse CNH e se sustentasse, remessas que foram feitas por intermédio do nome de um "laranja", **PEDRO MAINER**; *(ii)* que remeteu, via DHL, a chave da residência que **BRENT** mantinha no Rio de janeiro; *(iii)* que idealizou uma forma de se comunicarem seguramente, fornecendo, para

Página 53 de 58



SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO
DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA
DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC

**ALEJANDRO**, o CPF que deveria ser habilitado em seu telefone, documento que é pertencente à uma conhecida de longa data de **DANIEL** (**MARIA DAS DORES**); *(iv)* que frequentemente informava acerca das vindas da vítima ao Brasil; *(v)* que falou com o executor após o crime, tendo se desvencilhado do aparelho que abrigava a conta *WhatsApp* <u>+5511992433295</u>; *(vi)* que, após ter descartado referida conta, passou a falar com o executor pelo telefone de **MAYRA**, sua prima que reside com ele em Nova Iorque, tendo o avisado, no dia 17/01/2024, acerca da evolução das investigações; e, *(vii)* que ligou, através do seu próprio número, para o telefone de **ALEJANDRO**, demonstrando seu desespero, já que a ligação foi realizada no dia 20/01/2024, quando o executor sabidamente já se encontrava preso.

Por fim, e não menos importante, deve-se destacar que vítima e **DANIEL** vinham litigando fortemente após a separação, disputas que envolviam, sobretudo, exigências de repasses de valores por **DANIEL**, chegando ao nível da chantagem (de **DANIEL**, que queria US$ 6.000.000,00 – seis milhões de dólares – para resolver o divórcio), sendo importante mencionar, ainda, que o mandante não sabia que **BRENT** havia alterado seu testamento no ano de 2022.

No testamento anterior, *"datado de 12MAI2021, a vítima deixaria todos os pertences pessoais e bens, incluindo a propriedade no Brasil, com exceção de algumas doações pontuais, para Daniel Sikkema, seu marido à época. Além disso, Daniel seria nomeado executor do testamento e guardião de Lucas Sikkema, filho do casal. E na ausência de Daniel, Mayra Garcia, prima de Daniel, seria nomeada guardiã de Lucas, conforme se infere das cláusulas retiradas do referido testamento"* (conforme Informação de Investigação acosta aos autos).

Continua a informação no sentido de que "*todas as disposições supramencionadas foram não só legal mas expressamente revogadas pelo novo*

Página **54** de **58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

*testamento, datado de 17MAI2022, onde a vítima, nas suas primeiras declarações, antecipou que, na data de sua morte, não estaria mais casada com Daniel Sikkema, também conhecido como Daniel Garcia Carrera, e, ainda, que estivesse legalmente casada, a fim de evitar qualquer dúvida, a vítima expressamente deserdou Daniel".*

Ocorre que, segundo os elementos amealhados nos autos, **DANIEL** não tinha conhecimento de que **BRENT** o havia retirado do testamento anterior, o que, acredita-se, fez com o que seu ímpeto em executar a vítima fosse aumentado, já que acreditava ser o maior herdeiro de sua fortuna.

## 4.    *DA REPRESENTAÇÃO PELA PRISÃO PREVENTIVA*

Diante de tudo até aqui exposto, mostra-se extremamente necessária a segregação cautelar dos indiciados **ALEJANDRO TRIANA PREVEZ,** CPF 718.299.011-33, filiação LETICIA PREVEZ PASCUAL e PAI N/I, nascimento 07/06/1993, e **DANIEL SIKKEMA**, americano naturalizado, passaporte 513385293, expedido pelos EUA em 18/03/2024, nascimento 02/07/1970, pela prática do crime de homicídio qualificado, nos termos do artigo 121, §2º, I, II, III, IV e §4º, *in fine*, do Código Penal, em razão de terem, consciente e voluntariamente, com comunhão de ações e desígnios, executado a vítima norte americana **BRENT FAY SIKKEMA**.

Os indiciados praticaram crime por motivação financeira, sem dar chance de defesa à vítima, que era idosa, e foi atingida brutalmente com diversos golpes de faca na região do tórax e da face.

Página 55 de 58



SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO
DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA
DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC

Ademais, ambos são estrangeiros, de origem cubana, sendo que **ALEJANDRO** ainda ostenta essa nacionalidade, enquanto **DANIEL SIKKEMA** já conseguiu, através do casamento com a vítima, a cidadania Norte Americana.

Dessa forma, no caso do primeiro (**ALEJANDRO**), é certo que, em liberdade, tentaria a fuga para o seu país de origem, buscando lá se homiziar e furtar-se ao cumprimento da pena pelo crime praticado.

Observe-se que **ALEJANDRO**, quando foi preso, já tentava fugir para um outro país, tendo sua fuga frustrada em razão da rápida ação das autoridades envolvidas na persecução penal.

Quanto a **DANIEL SIKKEMA**, mentor intelectual de todo o enredo que antecedeu o homicídio, ainda encontra-se em território norte americano (até onde consta), e, questionado por e-mail, disse que não tem qualquer pretensão de vir ao Brasil, conforme restou demonstrado na informação de investigação acostada aos autos.

Dessa forma, faz-se necessária a **DECRETAÇÃO DA PRISÃO PREVENTIVA DE ALEJANDRO TRIANA PREVEZ,** CPF 718.299.011-33, filiação LETICIA PREVEZ PASCUAL e PAI N/I, nascimento 07/06/1993, e **DANIEL SIKKEMA**, americano naturalizado, passaporte 513385293, expedido pelos EUA em 18/03/2024, nascimento 02/07/1970, pela prática do crime de homicídio qualificado, nos termos do artigo 121, §2º, I, II, III, IV e §4º, *in fine*, do Código Penal, na forma dos artigos 311, 312 e 313 do Código de Processo Penal. Frise-se que, tal qual fundamentado acima, a Prisão Preventiva ora requerida se mostra como medida cautelar mais adequada ao caso em comento, não se mostrando adequada, na ótica deste Delegado de Polícia, qualquer outra medida cautelar diversa da prisão prevista no artigo 319 da Lei Processual Penal.

**Página 56 de 58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

Por fim, terminados os trabalhos de Polícia Judiciária, nos termos do artigo 10, §1º, do Código de Processo Penal, encaminho o presente Inquérito Policial a fim de que sejam adotadas as medidas legais pertinentes, acompanhados dos cumprimentos de estilo.

## 4 – DA INCLUSÃO DO ALERTA VERMELHO (RED NOTICE)

É sabido que o investigado **DANIEL SIKKEMA** se encontra em território Norte Americano, na cidade de Nova Iorque, onde tem residência.

**DANIEL** obteve a cidadania americana após o casamento com **BRENT SIKKEMA**, seu ex-companheiro, a quem ordenou que fosse executado.

**Desse modo, encontrando-se o investigado DANIEL SIKKEMA em território alienígena, requer-se a DIFUSÃO VERMELHA DO DECRETO PREVENTIVO, a fim de que se providencie a inclusão dos mandados de prisão no sistema informático da INTERPOL como uma *red notice*.**

## 4 - CONCLUSÃO

Face a todo exposto, indicio, com base no artigo 2º, § 6º, da Lei 12.830/2013, os estrangeiros **ALEJANDRO TRIANA PREVEZ,** CPF 718.299.011-33, filiação LETICIA PREVEZ PASCUAL e PAI N/I, nascimento 07/06/1993, e **DANIEL SIKKEMA**, americano naturalizado, passaporte 513385293, expedido pelos EUA em 18/03/2024, nascimento 02/07/1970, pela prática do crime de homicídio qualificado, nos

**Página 57 de 58**



**SECRETARIA DE POLÍCIA CIVIL DO ESTADO DO RIO DE JANEIRO**
**DEPARTAMENTO GERAL DE HOMICÍDIOS E PROTEÇÃO A PESSOA**
**DELEGACIA DE HOMICÍDIOS DA CAPITAL – DHC**

termos do artigo 121, §2º, I, II, III, IV e §4º, *in fine*, do Código Penal, em razão de terem executado a vítima **BRENT FAY SIKKEMA, sem chance de defesa**, por meio cruel, motivação fútil, e mediante paga, estando presente o "*animus necandi*" dos agentes.

Rio de Janeiro, 07/02/2024.

Rômulo Assis Coelho Caldas
Delegado de Polícia
ID 5.023.094-8

Página **58** de **58**



## REPÚBLICA FEDERATIVA DO BRASIL
### *FEDERATIVE REPUBLIC OF BRAZIL*
## ANTONIO DARI ANTUNES ZHBANOVA

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL.- *CERTIFIED PUBLIC TRANSLATOR*

Idioma/Language: Inglês - Português/*English - Portuguese*

Matrícula Jucepe nº 406 • CPF 756.770.758-68

Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0

*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No.  WT- 31196              BOOK No. 214                           PAGE No. 001

I, the undersigned Sworn Translator and Commercial Interpreter, hereby CERTIFY this is the description and faithful translation of a DOCUMENT written in Portuguese, which I translate as follows:

=================================================================

[Coat of Arms]

CIVIL POLICE SECRETARIAT OF THE STATE OF RIO DE JANEIRO
GENERAL DEPARTMENT OF HOMICIDE AND PERSONAL PROTECTION
CAPITAL'S HOMICIDE DEPARTMENT - DHC

**HONORABLE  JUDGE OF [blank] CRIMINAL COURT OF THE JUDICIAL DISTRICT OF THE CAPITAL**

**Police Inquiry:** 901-00047/2024

Proceeding: 0010153-50.2024.8.19.0001 (main)

0015335-17.2024.8.19.0001 (confidential)

The Civil Police Secretariat of the State of Rio de Janeiro, through its executive bodies, operating at the Homicide Police of the Capital (DHC), in the use of its legal and constitutional attributions, based on article 10, Paragraph 1 of the Code of Criminal Procedure, hereby respectfully submits to Your Honor the FINAL REPORT OF THE POLICE INQUIRY, with REQUEST OF PREVENTIVE DETENTION of foreigners duly qualified as ALEJANDRO TRIANA PREVEZ, enrolled in the Taxpayer Registry of the Ministry of Finance (CPF/MF) under number 718.299.011-33, son of LETICIA PREVEZ PASCUAL and father not provided, born on 06/07/1993, and DANIEL SIKKEMA, naturalized as US citizen, passport no. 513385293, issued by the USA on 03/18/2024, born on 07/02/1970, for the crime of qualified homicide, under the terms of article 121, Paragraph 2, I, II, III, IV and Paragraph 4, infine, of the Penal Code. IT IS FURTHER REQUIRED THE ISSUANCE OF THE RED NOTICE OF THE NAME OF DANIEL SIKKEMA BY INTERPOL, for the following reasons:

**1.    FACTS**

This is a Police Inquiry initiated by DHC, with the purpose of investigating the circumstances of the murder of BRENT FAY SIKKEMA, which occurred on 01/14/2024, inside his residence at Rua Abreu Fialho, house no. 13, Jardim Botânico, area of the 15ᵗʰ DP and authorship attributed to the Cuban citizen, ALEJANDRO TRIANA PREVEZ, enrolled in the Taxpayer Registry of the Ministry of Finance (CPF/MF) under number 718.299.011-33, and to the victim's ex-partner, DANIEL SIKKEMA, passport 513385293, born on 07/02/1970, the latter being the intellectual mastermind of the crime.

The incident was initially classified as a robbery, due to the elements of conviction that existed at that first moment (theft of some assets from BRENT), having initially been processed in the 32ⁿᵈ Criminal Court. It turns out that, after ALEJANDRO's second hearing, when he was accompanied by his defenders, it was proven that the plan to execute the victim had already been in the works for a few months, with the inducement, incitement and material participation of DANIEL SIKKEMA, mastermind of the criminal enterprise, being corroborated by the other information collected, as will be seen below.

The communicator, military police officer Sargeant GIL CARLOS ARAÚJO KROPF, ID No. 88.987, reported that on 01/15/2023, Monday, around 9:15 pm, he was called by "*Maré Zero*", around 8 pm, realizing that the Samu VTR USA 12 Ambulance commanded by doctor Carina Magalhães, CRM 521179241, was at the scene, at Rua Abreu Fialho nº 13 (house), Jardim Botânico neighborhood, in the city of Rio de Janeiro, with an elderly victim inside residence, with signs of violent death (stabbing). Therefore, they proceeded to the location, where they verified the veracity of the facts, coming across a victim, identified as BRENT FAY SIKKEMA, an American tourist, lying on the bed inside the residence. He also informed that his lawyer, SIMONE SILVEIRA NUNES, OAB nº 162785, had not been able to contact his client by telephone since Saturday (01/13/2024), and for this reason he went to the location, opening the door with the key he had, when he came across the deceased victim, when he called SAMU. The lawyer also reported that the money that was saved in the house to pay the rent was missing.

In light of the facts, the Police Authority immediately went to the location, together with the GELC and Forensic teams, so that the necessary and appropriate measures could be taken.

The DHC, in the presence of the Police Authority and with the support of the GELC (Special Crime Scene Group), after being called, arrived at the scene of the crime at around 10:25 pm, having been received by the aforementioned military police, these being public agents, the responsible for reporting the fact and preserving the crime scene.

FEDERATIVE REPUBLIC OF BRAZIL

REPÚBLICA FEDERATIVA DO BRASIL



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*

Idioma/Language: Inglês - Português/*English - Portuguese*

Matrícula Jucepe nº 406 • CPF 756.770.758-68

Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0

*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No.  WT- 31196          BOOK No. 214          PAGE No. 002

At the scene of the crime, it was discovered that the victim, a US citizen, was the owner of an art gallery in New York, which name is "Grand Sikkema". He was in Rio de Janeiro as a tourist, as he owned two properties in this country.

According to information from the victim's lawyer, Dr. SIMONE SILVEIRA NUNES, OAB/RJ 162785, telephone no. 21-96433-2392, around 40 thousand dollars were missing, in addition to 30 thousand reais and a tablet. Dr. SIMONE was the person who found the victim lifeless. The cell phone and laptop were not stolen. She also reported that she missed a copy of the house key, as well as a room key, as both used to be in a small box, which is on the table, at the entrance to the room.

The Criminal Expert carried out a perinecroscopic examination of the fatal victim, noting the puncture wounds, as well as the location examination, collecting items relevant to the investigation, according to report DH-RJ-SPC-00025/2024.

The expert found that there were no signs of a break-in, and stated "that the positioning of the corpse, the location of the injuries combined with the presence and location of the bloodstains indicate that the victim was standing naked inside the room in the second floor going towards the bedroom door, having left his clothes on the floor next to the window, when he was surprised near the bedroom entrance with the event agent who was carrying at least one knife, getting into a physical fight and being injured initially while standing. The injured victim took a few steps back and touched the fingers of his right hand, which were already covered in blood, to the bedroom window, forming contact stains and then fell onto the bed, being stabbed several times and dying in the location and positioning as previously described'" (sic).

The IML-RJ-CMD-002147/2024 report found that the cause of death was "internal and external hemorrhage, lung and heart injury, incised and perforated wounds on the face and trunk"" (sic), caused by a sharp instrument. The injury scheme, in turn, demonstrated that BRENT FAY SIKKEMA received eighteen (18) knife stikes, mainly to the face and chest.

The victim's friend and lawyer, SIMONE SILVEIRA NUNES, stated, in her first statement, the following:

THAT the declarant was informed of the duty not to remain silent or falsify the truth about the facts inquired, under penalty of committing the crime of false testimony; THAT the declarant, SIMONE SILVEIRA NUNES, OAB no. 162785, is a lawyer and a good friend of the victim of this procedure, the American tourist, BRENT FAY SIKKEMA, ILLINOIS, USA, born on 08/13/1948; THAT the declarant has known the victim for ten years; THAT the declarant manages BLENT's properties in Brazil, in this case, the house located at the address in question, at Rua Abreu Fialho, no. 13, house, Jardim Botânico, Rio de Janeiro, and another property at Rua Dias Ferreira, 417 apt 401, Leblon, where he had just purchased, and the keys would be handed over on Tuesday, 01/16/2024; THAT BRENT arrived in Brazil on 12/09/2023, and would embark on 01/16/2024, Tuesday; THAT BRENT used to come to Brazil in December, returning to New York in January; THAT BRENT came for carnival, and returned to New York, soon after; THAT BRENT owned an art gallery in NY called GRAND SIKKEMA; THAT BRENT is homosexual, and has a "surrogate" son, currently 14 years old, who lives in New York, with her ex-husband Daniel Sikkemma, with whom she was married for around 15 years, of which she is currently in divorce proceedings; THAT when BRENT was married to DANIEL, and came to Rio de Janeiro, they both attended gay saunas; THAT DANIEL's contact telephone number is 347-9420415; THAT DANIEL, informed the declarant that the victim frequented SA UNAS - SAO POINT 202, in Copacabana, and the other located at Rua Candido Mendes, 117, Gloria; TIIAT, according to Daniel, he had already been with the victim several times in the aforementioned saunas, and could try to identify the perpetrator of the events, having added that he knew many "boys" in the saunas, but did not know their names; THAT the victim liked male prostitutes of a "young" age; THAT the declarant met with BRENT on Thursday, 01/11/2024, to buy curtains and furniture for the Leblon apartment; THAT the victim used UBER services, from a person indicated by the declarant, named LUIS OTAVIO, telephone number 21-98378-9357; THAT on Thursday, when LUIS OTAVIO was taking him home to Jardim Botânico, BLENT sitting in the passenger seat, made a video call to a boy; THAT, according to LUIS OTAVIO, he had commented to the declarant that the victim had said "I LOVE YOU" to that boy; THAT LUÍS OTAVIO was able to see the boy in the video, having commented that he was a "BIG BOY"; THAT the declarant did not go into further detail with LUIS OTAVIO; THAT after the meeting with the declarant, BRENT informed that at 7:30 pm that day, he would have a "DATE"; THAT BRENT did not say with whom, nor the place; THAT, the declarant asked BRENT not to take him to his home; THAT BRENT had a habit of taking prostitutes to his house; THAT BRENT reported that he had met a boy before Christmas, not saying where, and that he was in love with this boy; THAT afterwards, he joked saying: "WELL I THINK I NEED A DOG AND NOT A BOYFRIEND"; THAT the last time the declarant spoke to BLENT was on Friday, 01/12/2024, around 10:05 pm, via Whatsapp; THAT, the declarant had then agreed with BRENT to meet him on Monday, 01/15/2024, to provide accounts for the year 2024; THAT, in addition, BLENT would also leave a credit card for the declarant to purchase items for the new house; THAT BLENT would keep both houses; THAT, the declarant always warned BRENT that it was very dangerous for him to take prostitutes to his house; THAT BRENT arrived in Brazil with an amount of 50 thousand dollars, and that he had



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL.- *CERTIFIED PUBLIC TRANSLATOR*

Idioma/Language: Inglês - Português/*English - Portuguese*

Matrícula Jucepe nº 406 • CPF 756.770.758-68

Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0

*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No.  WT- 31196                    BOOK No. 214                    PAGE No. 003

set aside an amount of 40 thousand dollars, to pay for the annual expenses and furniture for the new residence; THAT BRENT also had an amount of around thirty thousand Brazilian Reais (BRL 30,000.00); THAT, the declarant knew about the aforementioned amounts when BRENT arrived in Brazil, but did not know how much he had spent until now; THAT BRENT spent a lot of money; THAT, on 01/15/2024, Monday, the declarant, before sending a message to BRENT's Whatsapp - 9176981477, realized that her last view would have been on 01/14/2024, 00:04; THAT the declarant found it strange, since BRENT was always ON LINE, and that he was not one to miss appointments; THAT, the declarant sent a message, at 11:30 am, to confirm the meeting, which would be around 1 pm; THAT BRENT did not respond to the message, much less view them; THAT, at around 4:46 pm, the declarant called BRENT, but he did not respond; THAT, the declarant then called an UBER and went to BRENT's house in Jardim Botânico, arriving at around 5:10 pm; THAT the house does not have a doorbell, and as the declarant has the key to the residence, since she manages the entire house, including the employees, she decided to use it; THAT the house has two floors and a mezzanine, and that she entered the house, always calling BRENT's name, as he could be accompanied; THAT, the declarant walked to the end of the first floor, and called for her friend, and he did not respond; THAT on this floor, there were no traces of crime, just pay attention to the chairs that were positioned differently in the room, right at the entrance; THAT, in addition, the declarant saw BRENT's backpack in the room; THAT the victim carried said backpack when he went to meet prostitutes; THAT, in this backpack, BRENT carried materials for personal use, since as erotic materials, syringes and some narcotic substances, without knowing the name of such substances; THAT BRENT used drugs, in this case cocaine, and was undergoing treatment, having told the declarant that he was no longer using them; THAT, then, the declarant called the neighbor, MARCOS, telephone 21-997059632, who works at Rua Abreu Fialho, nº 15, 17, 19 and 21, to go up in BLENT's room, as he was not responding; THAT, the declarant made contact with 190, as she was finding something strange, and the PM then advised her to call SAMU first; THAT the declarant was afraid that BRENT had a heart attack; THAT when asked if he had a heart problem, he said no, but he was taking "VIAGRA"; THAT MARCOS then went up with the declarant to the second floor, where the door to BRENT's room was closed, and the declarant then opened the door with the handle; THAT when the declarant entered the room, she found BRENT's legs hanging off the bed, and him lying on his back, with a towel stretched over his body; As a result, the declarant made contact with SAMU, at around 5:24 pm, where she spoke to the doctor, who asked the declarant to put her cell phone on the victim's face, to see if he was breathing; THAT, the declarant said she would not do that, as she would have to go around the bed, and would have to look at the victim; THAT, the doctor then asked the declarant to touch BRENT's feet, and the declarant put on a glove that is usually kept in the closet, having noticed that it was cold and stiff; THAT then the doctor informed that she would send an ambulance to the scene; THAT, at the first moment, the declarant saw little blood, in some places, such as on the window; THAT there was no blood on the victim's legs, only on the knee; THAT, the declarant at this moment did not want to look too much at BRENT; THAT, the declarant and MARCOS then went downstairs to wait for the ambulance; THAT MARCOS, is the administrator of the neighboring houses; THAT MARCOS has access to the security cameras at his house, and that gives access to BRENT's house; THAT MARCOS viewed the images, where she can see that BRENT arrived home on 01/13/2024, at 4:30 pm, alone, and at 4:54 pm, a FIAT PALIO PRATA arrived, without being able to see the license plate, and that soon after a boy left the PALIO vehicle, and entered BRENT's residence, using a key to open the door; THAT at 03:57 on 01/14/2024, the same boy leaves BRENT's house, and continues straight down the street, returning minutes later to the FIAT PALIO; THAT the declarant did not have full-time access to the images, but that MARCOS is willing to deliver the images tomorrow to this Specialist's team; THAT, the declarant found a blood test on the room table, in the name of RAFAEL DOS SANTOS FERREIRA; THAT BRENT had told the declarant that he met with RAFAEL, and that he was "fixed" with him; THAT the declarant did not know this RAFAEL personally, nor through photos; THAT the declarant also missed BLENT's money; THAT he used to leave the money on the counter in his room; THAT BLENT was not in the habit of putting money and belongings in his safe, as he forgot the password; THAT the declarant was missing BLENT's gold chain and bracelet; THAT the gold cord had several stones in green and blue, intertwined; THAT he left everything that was of value on that bench; THAT the credit cards were on the counter; THAT the cell phone - IPHONE, was charging and the LAPTOP was on the floor of BLENT's room; THAT the victim had the habit of leaving all his money exposed on this bench; THAT BLENT used to lose his keys, so the declarant left three copies of the front door key and a copy of the room key, in a wooden box that was on the table at the entrance to the room, and realized that the said box was empty; THAT BLENT was a very discreet person; THAT BLENT owned social networks - INTAGRAM - BRENTSIKKEMA; THAT he said nothing more;

**2.     FOLLOW-UP DILIGENCES**



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com (skype: antonio.dari)

TRANSLATION No. WT- 31196              BOOK No. 214              PAGE No. 004

On 01/16/2024, several investigations were carried out at the victim's residence, as well as at adjacent addresses, in order to obtain images from security cameras that captured the action.

The knife used in the crime was seized on 01/17/2024, in a complementary examination, still with blood stains, and was sent for expert examination.

Initially, analyzing the site's security cameras, it was identified that ALEJANDRO TRIANA PREVEZ arrived at the scene of the incident and parked the silver FIAT/PÁLIO vehicle, at 4:53 pm on 01/13/2024, in front of the victim's house.. The vehicle remains at the scene and the perpetrator remains inside the car at all times, monitoring the victim.

It is possible to observe that the victim leaves his residence at 8:05 pm and gets into a black vehicle, apparently a Honda/Civic. An hour and a half later, at 9:38 p.m., BRENT arrived at his home again, with no movement from the author during all this time.

At 10:42 pm, the author gets out of the car and heads towards Elena restaurant, on the corner of Rua Pacheco Leão. After ten minutes, ALEJANDRO gets into the car again, remaining there until dawn.

[image]

(time the victim arrives home)

[image]

(author arrives at the scene, in the FIAT/PÁLIO vehicle)

[image]

(author leaves the car and then returns)

At 3:42 am, on 01/14/2024, ALEJANDRO leaves the vehicle and opens the door of the victim's house. It should be noted that opening the door takes approximately one minute, and it is found that the perpetrator had with him a copy of the residence key, which was sent to him by DANIEL SIKKEMA, months before the crime.

[image]

Fifteen minutes later, at 3:57 am, the author leaves the house and removes his gloves, putting them in his pocket. At 4:02 am, he leaves the place.

[image]

After analyzing several security cameras, it was possible to identify the vehicle's license plate as DID-1774, as shown in the print below:

[image]

Consultations with the available system demonstrated that the FIAT/PÁLIO vehicle, with license plate DID-1774, is registered in the city of São Paulo/SP, has its licensing up to date, and is owned by the national company ROSE REIS DE SOUZA, enrolled in the Taxpayer Registry of the Ministry of Finance (CPF/MF) under number 04503828851, with an address at Rua Estaturário, n° 60 - Chácara Monte Alegre - São Paulo.

Said vehicle was caught by the CÓRTEX system in Rio de Janeiro on the day of the crime, 01/13/2024, having subsequently returned to São Paulo. In-depth analyzes demonstrated that he mostly transits in this State, having only gone to Rio de Janeiro on the day of the crime, as reported elsewhere.

[image]

Subsequent investigations, carried out on 01/17/2024 with the concessionaires that manage the Presidente Dutra Highway (Rio - São Paulo), showed that the person under investigation passed through the toll booth near Paracambi/RJ on 01/13/2024 at 1:20 p.m., coming from São Paulo, heading to the crime scene.

After the incident, the vehicle passes the same toll plaza the following day, 01/14/2024, at 5:35 am, and it is important to highlight that it left the scene of the crime at 4:00 am, that is, in fact the perpetrator headed to this unique city and exclusively to execute the victim.

Below are photos of the vehicle passing through the toll booth:

[image]

After it was discovered, therefore, that the vehicle returned to the State of São Paulo after the crime was committed, a request for cooperation was made to the Civil Police of that State, through letter 004720/2024, with the agents and Authorities taking steps to the owner's address, Rua Estaturário, n° 60 - Chácara Monte Alegre, and the vehicle was found in the property's garage.

The police officers were received by the owner's son, HÉLIO REIS, who informed that the vehicle was being used by ALEJANDRO TRIANA PREVEZ, Cuban citizen, enrolled in the Taxpayer Registry of the Ministry of Finance (CPF/MF)



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No.  WT- 31196               BOOK No. 214                    PAGE No. 005

under number 718.299.011-33, and HÉLIO REIS was shown the video that was widely broadcast in the media, in which ALEJANDRO is caught leaving the victim's house. HÉLIO did not hesitate to recognize ALEJANDRO as the individual who appeared in the filming, according to the response of the learned São Paulo Police Authority, and according to his statement taken in that Federation Unit, reproduced below:

At 21:02.16 hours on January 17, 2024, at the headquarters of the Police Duty of the 21st DP VILA MATILDE, presided over by the Honorable Police Authority Mr. Dr. Cláudio Henrique De A. Lopes, before me, Police Clerk, the interrogation was carried out for WITNESS HELIO REIS GONCALVES DE SOUZA, bearer of Identity Card No. 36755146 – SP, enrolled in the Taxpayer Registry of the Ministry of Finance (CPF/MF) under number 377.069.928-96, son of HELIO GONÇALVES DE SOUZA and ROSE REIS DE SOUZA, male, White skin, born on 07/03/1996, 27 years old, marital status Single, profession Teacher, completed higher education, residing at RUA ESTUÁRIO, 60, SANTO AMARO, CEP 04645-100. S. PAULO - SP, cell phone no. (11) 95033-4095. Compromised, as usual he said nothing. When asked, he answered the questions. That on today's date, the deponent was at his residence, located at Rua Esttuário no. 60, when at around 16:00 the civil police arrived there and asked the deponent about the Fiat Palio vehicle with license plates DID-1774 that was parked in the garage of his house, the reason whereby the deponent clarified that this vehicle is in the name of his mother, however, it currently belongs to a man called Antônio, who is the father of the deponent's stepfather; That, however, Antônio has been working as a bricklayer in the State of Maranhão for some time and that is why he left the car stored at his house; That in the middle of December 15th of last year, the deponent's mother said that she would lend Antônio's car to ALEJANDRO, who the deponent clarifies that he visited his house a few times, clarifying that he was born in Cuba and that his mother, called Leticia, now deceased, would have studied with the deponent's mother here in Brazil, which is why they became friends; That after Leticia's death, one of her daughters was in Brazil and spoke to the deponent's mother, saying that one of her mother's last wishes was for ALEJANDRO to come and live in Brazil, and due to the friendship that the deponent's mother nourished by Leticia. ended up offering to help with ALEJANDRO's reception, having even given ALEJANDRO a property to live in, at Rua Henri Berton, which happened more or less two years ago or a little more, and since then ALEJANDRO has been to the deponent's house to visit his mother, until last December, ALEJANDRO sought out the deponent's mother asking if she had a car to lend him, claiming that he needed the vehicle to make deliveries at Mercado Livre, that was when, in response to this request, the deponent, his stepfather and his mother went to Antônio's house to pick up the Fiat Fatio, plates DID-1774, to lend to ALEJANDRO, which is why the deponent states that this vehicle has been in ALEJANDRO's possession for about a month; While still at his home, the deponent was informed by the police officers that during an investigation into the crime of robbery that occurred against a US citizen man in Rio de Janeiro a few days ago, the Rio police officers had seen Antônio's vehicle at the scene of the crime, and when watching the images, the deponent was able to recognize the car as actually belonging to Antônio, as he recognized without a shadow of a doubt, the individual who boarded it, as being the person of ALEJANDRO: That in view of such facts, the deponent was readily willing to take the police officers to ALEJANDRO's house, who, however, was not found, which is why the deponent was invited to appear at this police station to give a statement, as well as to display his vehicle for submission to the expert; That at this police station, the deponent photographically recognizes ALEJANDRO TRIANA PREVEZ, enrolled in the Taxpayer Registry of the Ministry of Finance (CPF/MF) under number 718.299.011-33; When asked about the reasons that would have led ALEJANDRO to travel to Rio de Janeiro, the deponent clarifies that due to the little contact they had, he does not know many details about his life, but informs that a few days before borrowing Antônio's car, ALEJANDRO asked the deponent to give him a ride to the Tietê Bus Station, claiming that he was going to Rio de Janeiro to work in tourism, which even caught the deponent's attention because he had never been to that city, but he still took him to the Bus Station, and a day or two later, ALEJANDRO looked for the deponent's mother and gave her a sum of money saying that it was the rent for the house he was staying in, the value of which, however, the deponent is unable to specify: That in relation to the car, the deponent clarifies that ALEJANDRO returned it yesterday, around 5:00 p.m., saying that he no longer needed the loaned vehicle because he had bought a Fiat Palio Weekend for him, and since then the deponent has not heard from ALEJANDRO, stating that his telephone number is (11) 9 1062-4987. Nothing more was said nor asked, with nothing further to be discussed or treated, the Authority determined the closure of this term which, after being read and found to be in order, is duly signed by everyone, including me. Police Clerk who partially deigned it.
Signed: [illegible signature]
Name: Cláudio Henrique De A Lopes
Title: Police Chief
Signed: [illegible signature]



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English* - *Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com (skype: antonio.dari)

TRANSLATION No. WT- 31196          BOOK No. 214          PAGE No. 006

Name: HELIO REIS GONÇALVES DE SOUZA
Title: Witness
Signed: [illegible signature]
Name: João Marcos de Souza
Title: Police Clerk
**Police Report: AU7844-2024**

### PHOTOGRAPHIC RECOGNITION NOTICE

On the January 17, 2024, in this city of São Paulo, at the headquarters of this District, where Dr. CLÁUDIO HENRIQUE DE ASSIS LOPES, Chief Police Officer, was with me, Police Clerk of his position, at the end signed, there in the presence of the undersigned witnesses, Mr. HELIO REIS GONÇALVES DE SOUZA, Identity Card No.: 34.755.146, already qualified in the records, appeared, whom this Authority determined to describe the characteristic signs of ALEJANDRO and, afterwards, he observed some photographs, of which he says that he recognizes the photograph of individual no. 5, which qualification is ALEJANDRO TRIANA PREVEZ, enrolled in the Taxpayer Registry of the Ministry of Finance (CPF/MF) under number 718.299.011-33, as being an acquaintance of his who lived in his mother's house and used the vehicle FIAT PALIO license plate DID 1774, whose images were captured by the monitoring system at the time he boarded the aforementioned vehicle, shortly after the crime of homicide in Rio de Janeiro. Having no further business to discuss, the Authority determined to close this report, which is duly signed by everyone.

-1-
[image]
-2-
[image]
-3-
[image]
-4-
[image]
-5-
[image]
Signed: [illegible signature]
Name: Cláudio Henrique De A Lopes
Recognizer:
Signed: [illegible signature]
Name: HELIO REIS GONÇALVES DE SOUZA
Signed: [illegible signature]
Name: GEORGES MONTGOMERY LOPES DA SILVA
Title: 1st witness
Signed: [illegible signature]
Name: Edson Alves Gonçalves
Title: 2nd witness
Signed: [illegible signature]
Name: João Marcos de Souza
Title: Police Clerk

It should be noted that the vehicle located at HÉLIO REIS' residence had exactly the same characteristics as the vehicle used in the commission of the crime, and there is no doubt that it was the same car.

For these reasons, on 01/17/2024, he was represented by the Temporary Arrest of the person being investigated and by the Search and Seizure at his address, as well as at the address of the owner of the FIAT/PÁLIO vehicle, ROSE REIS DE SOUZA. The request was promptly granted by the Judiciary Duty of the District of the Capital, so that ALEJANDRO TRIANA PREVEZ was arrested in the early hours of 01/18/2024, when he was fleeing to another country, being captured at BR 050, Km 124, State of Minas Gerais, while resting to continue traveling inside the FIAT/PÁLIO WEEKEND vehicle, license plate CMH-9F95.

FEDERATIVE REPUBLIC OF BRAZIL

REPÚBLICA FEDERATIVA DO BRASIL

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*

Idioma/Language: Inglês - Português/*English - Portuguese*

Matrícula Jucepe nº 406 • CPF 756.770.758-68

Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0

*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No.  WT- 31196              BOOK No. 214                    PAGE No. 007

The arrest was possible after the exchange of intelligence information between the Civil Police of the State of Rio de Janeiro, the State of São Paulo, and the PRF. In the possession of the person under investigation, the amount of three thousand US dollars (USD 3,000.00) was found, in addition to two thousand, five hundred and thirty-eight Brazilian Reais (BRL 2,538.00), all in cash.

A REDMI cell phone device, with IMEIs 866147063685509 and 866147063685517, and a WD BLUE HD were also collected, with these materials initially seized by the Minas Gerais Civil Police, due to the execution of the arrest warrant, and later sent to this Homicide Police Station, everything according to the documentation attached to the files.

Among the documents that were with ALEJANDRO, inside his vehicle, a "PURCHASE AND SALE ORDER" was also collected, proving that he spent part of the amount taken from the victim, specifically thirteen thousand and nine hundred Brazilian Reais (BRL 13,900.00), to buy the FIAT/PALIO WEEKEND he was driving when he was arrested. The purchase occurred after the crime was committed, on 01/16/2024.

Two deposit receipts in the amounts of two thousand Brazilian Reais (BRL 2,000.00) and one thousand and six hundred Brazilian Reais (BRL 1,600.00) were also attached to the procedure, transactions that were carried out in cash on the day following the crime, 01/15/2024, and which were addressed to ROSE REIS (owner of the vehicle used in the crime), and the person being investigated, respectively.

In the same sense, proof of toll payments, paid by the investigated person's card, was attached, as well as photos of ALEJANDRO when he was caught at the payment booths, making it undoubtable, therefore, the statement that he traveled alone to this city, with the sole and exclusive purpose of committing the crime.

The day after ALEJANDRO's arrest, 01/19/2024, teams from this Unit, together with Civil Police from the State of São Paulo, executed the Search and Seizure Warrant at the address of the investigated, Rua Henry Berton, n° 8- A, Jardim Uberaba/SP, after obtaining the "Execution Order" from the local Judicial Authority. Objects of criminal interest were seized, including the cap that was apparently worn by ALEJANDRO on the day of the crime.

The person being investigated was formally heard on 01/20/2024, and had his statement recorded on video. Initially he denied having traveled to this city of Rio de Janeiro, and when confronted with the elements of conviction gathered in the records, he confessed to coming, to meet with a national who had hired him to do a tourism service, but whose identity could not be revealed. He presented the schizophrenic version that this individual had drugged him, and that he remembers nothing about what happened (while he was caught on security cameras, peeking into the victim's house), having woken up, on the morning of 01/14/2024, already on the highway that connects Rio de Janeiro to São Paulo, with "three thousand dollars next to him, in the passenger seat". He therefore tried to attribute the crime to a ghost, a version that sounded completely absurd.

It should be noted that it was found on the suspect's cell phone, after he had granted access (recorded on video), that a video call was made at exactly 4:00 am on 01/14/2024, exactly at the time he left BRENT's residence and gets into the car. Said contact was returned at 7:04 am, with ALEJANDRO speaking with his accomplice for more than eight minutes (as stated in the Investigative Information regarding the contents of ALEJANDRO's cell phone).

This accomplice was identified as DANIEL SIKKEMA, the victim's ex-husband, who was the person who had the most to gain from her death, having enticed ALEJANDRO to carry out this intention with the promise that he would give him, after inheriting BRENT's assets, two hundred thousand US dollars (USD 200,000.00), as well as allowing him to live in the residence that the victim owned in Jardim Botânico, in the exact place where she was murdered.

Said WhatsApp account, with which the executor communicated after the crime, +5511992433295, was used by DANIEL as a "direct line" with ALEJANDRO, that is, said account was enabled on a cell phone that was in New York, in the United States, based on the verification code that was sent to ALEJANDRO's cell phone (via operator), who in turn was in the State of São Paulo.

Better detailing what happened, a letter was sent to Operator CLARO, requesting the IMEI linked to the line 11-99243-3295, with the response being that the number was only linked, from the year 2023 until January/2024, with the device with IMEI 86614706368550, which is exactly the cell phone that was seized from ALEJANDRO. Said line, therefore, linked itself to ALEJANDRO between 08/30/2023 and 08/31/2023, when, based on the idea created by DANIEL SIKKEMA, the latter installed the WhatsApp application on his own device, when was in the USA, and the access code was sent to ALEJANDRO's phone, who immediately forwarded it to the sender, allowing him to use the account linked to the number +5511992433295 from that country, solely and exclusively to communicate with ALEJANDRO, to deal with matters relating to the implementation of BRENT.



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*

Idioma/Language: Inglês - Português/*English - Portuguese*

Matrícula Jucepe nº 406 • CPF 756.770.758-68

Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0

*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com (skype: antonio.dari)

TRANSLATION No. WT- 31196          BOOK No. 214          PAGE No. 008

Everything that was exposed was reported by ALEJANDRO, in his second hearing, without him knowing that the police already had part of this information, and that it corroborated what he said.

In this sense, the operator CLARO initially responded, responding with the data below:

Claro S.A., in consideration of the above-mentioned Official Letter, it is expressed in the following terms:

After searching our database, the period from 01/01/2023 to 01/23/2024 was searched. it was found that on line 11, 11992433295 was linked to IMEI 86614706368550 during the period from 08/30/2023 to 08/31/2023.

IMEI: 86614706368550

IMEI binding period: 08/30/2023 to 08/31/2023

Line - 11992433295 Type (Prepaid) - Activation Date - 08/30/2023

Name: MARIA DAS DORES RODRIGUES

CPF: 01594292779

Address: HENRI BERTON. No Number

District: JARDIM UBERABA - City: SAO PAULO

State: SP - CEP: 04434-190

The removal of data from the WhatsApp application, judicially granted in the confidential process 0015335-17.2024.8.19.0001, found that the account (linked to the line) was created on 08/31/2023, that is, exactly on the day that ALEJANDRO enabled the chip in his device, and was disabled on the day of the crime, 01/14/2024, at 7:20 am (Brasilia time GMT-3), exactly after DANIEL had spoken to ALEJANDRO and discovered that the victim had been murdered.

| Service | WhatsApp |
|---|---|
| Internal Ticket | 2616063 |
| Number Account | +5511992433295 |
| Account Type | WhatsAppUser |
| Generated | 2024-02-01 8:26:11 PM UTC |
| Date Range | 2023-06-01 00:00:00 am UTC to 2024-01-18 11:59:59 pm UTC |
| Ncmec Reports Definition | NCMEC Reports: NCMEC Cybertip information associated with WhatsApp account (if available) |
| NCMEC CyberTip Numbers | No responsive records located |
| Emails | Emails: Account holder's recovery email (if provided by the account holder) |
| Connection Info Definition | Connection Info: Account connection and device information (if available) Connected From Address: Full IP address with port number when the account holder is currently online only Last Connected IP: Account holder is currently offiine and reflects the last captured online IP without port number App Version: Latest version of WhatsApp running on the account holders mobile device Connection State: Account holder's current connection status Connection Time: Date and time stamp related to account holder's current connection status Device OS Build Number: Mobile device's current operating System Device Type: Account holder's type of device I.E. iPhone, Samsung, Web etc. Inactive Since: Date and time since the account holder has been inactive - the account holder is not actively using the app but has it running in the background of their mobile device Last Seen: Last date and time the account holder opened and viewed the app before going offline Push Name: Name provided (if available) by the account holder Service Start: Date and time the account holder registered the mobile device to start using WhatsApp on their phone |
| Connection | Device Id | 0 |
| | Service start | 2023-08-31 00:16:51 AM UTC |
| | Device Type | Android |
| | App Version | 2.23.25.83 |

FEDERATIVE REPUBLIC OF BRAZIL

REPÚBLICA FEDERATIVA DO BRASIL



## REPÚBLICA FEDERATIVA DO BRASIL
### *FEDERATIVE REPUBLIC OF BRAZIL*
### ANTONIO DARI ANTUNES ZHBANOVA

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*

Idioma/Language: Inglês - Português/*English - Portuguese*

Matrícula Jucepe nº 406 • CPF 756.770.758-68

Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0

*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No.  WT- 31196        BOOK No. 214        PAGE No. 009

| Device OS | os: 12, model: motorola ellis |
|---|---|
| Build Number Connection State | OFFLINE |
| Last seen | 2024-01-14 10:20:15 AM UTC |
| Last IP | 2603:7000:473d:blce:bclf:6234:lf79:36f7 |

It should be noted that the new hearing of the lawyer and friend of the victim, SIMONE SILVEIRA, on 01/22/2024, brought the relevant information that the aunt of DANIEL SIKKEMA (ex husband of the victim), named BELKIS YAISY ZULUETA, shared a message he received on the social network WhatsApp, on 09/01/2023, with threats, exactly from the number 11-99243-3295, that is, through the number used by DANIEL.

A parenthesis is opened at this point, just to explain that BELKIS YAISY, DANIEL SIKKEMA's aunt, would be the owner ("straw-man") of a property purchased by BRENT in Cuba, since, according to local legislation, foreigners cannot acquire properties in that country. It turns out that, after the separation of BRENT and DANIEL, which occurred in January 2023, BELKIS YAISY refused to hand over the property, having started to blackmail the victim to do so.

Also according to information brought to the Inquiry, DANIEL SIKKEMA was also litigating with his aunt BELKIS (according to the investigation information provided), since, after DANIEL's separation from the victim, he had tried to get the house back, which had been denied by BELKIS.

In this sense was the email received by JAMES DEAVER, the victim's lawyer in New York, where it is mentioned that "(...) BELKIS YAISYZULUETA IS THE PERSON IN WHOSE NAME DANIEL (AND PRESUMPIOUSLY BRENT) PLACED AS OWNER OF THE APARTMENT" (...) "MRS. (BELKIS) ZULUETA AND DANIEL HAD A HORRIBLE FIGHT ABOUT THE APARTMENT" (sic).

In the same direction was ALEJANDRO's testimony, when he reported that he had received information from DANIEL SIKKEMA to the effect that "BRENT HAD A PENTHOUSE IN HAVANA WHICH HE BELIEVES TO BE IN THE NAME OF DANIEL'S COUSIN, WHOSE NAME HE CANNOT INFORM", and "THAT DANIEL HE TOLD THE DECLARANT THAT HE WAS HAVING PROBLEMS WITH A COUSIN, WHOSE NAME THE DECLARANT COULDN'T KNOW INFORMATION THAT BRENT HAD TRANSFERRED A PROPERTY TO THIS COUSIN, BECAUSE NOBODY CAN HAVE MORE THAN ONE PROPERTY IN HAVANA; THAT THE COUSIN HAD TAKEN POSSESSION OF THE PROPERTY AND REFUSED TO LEAVE; THAT DANIEL WAS LOOKING FOR SOMEONE IN CUBA WHO WAS WILLING TO GIVE A BEATING TO HIS COUSIN'S HUSBAND AND HE ACTUALLY ASKED ALEJANDRO FOR A REFERENCE; THAT THIS COUSIN ASKED FOR TWENTY THOUSAND US DOLLARS (USD 20,000.00) TO LEAVE THE HOUSE (...)".

The content of the message received by BELKIS contains the following (already translated into Portuguese): " THIEF, FROM TODAY I HAVE ORDERS TO KILL YOU WITHIN ONE MONTH, IF YOU DON'T RETURN ME WHAT YOU STOLE. FIRST IT WILL BE YOU, THEN YOUR HUSBAND, AND THEN YOUR BOTH'S SON IN MIAMI.

YOU HAVE SENTENCED YOUR LITTLE CHILD TO ORPHANHOOD, TO SEE HOW THEY SURVIVE ALONE. WHOEVER TAKES CARE OF THEM, THE SAME THING WILL HAPPEN TO THEM. IF YOU DON'T BELIEVE IT, TRY IT. I'M ALREADY WATCHING THEM" A photo of BELKIS' son accompanied the aforementioned message, aiming to give verisimilitude to the threat.

[image]

It was therefore proven that the WhatsApp account +5511992433295 was used on 09/01/2023 by DANIEL SIKKEMA to threaten his aunt, BELKIS YAISY, being the number to which ALEJANDRO called shortly after committing the crime, on the 01/14/2024.

Further reinforcing the evidence against DANIEL SIKKEMA, it should be noted that the line enabled by ALEJANDRO on August 30 and 31, 2023 registered in the name of MARIA DAS DORES RODRIGUES, a day laborer who worked at the victim's house while she was still married with DANIEL.

To this end, DANIEL provided ALEJANDRO, who was responsible for purchasing the operator's chip, with a person's CPF, having sent him a photo with the document number. ALEJANDRO, therefore, without knowing MARIA DAS DORES, registered the chip in his own device, and then provided the data to access WhatsApp to the mastermind of the crime.

Claro S.A., in consideration of the above-mentioned Official Letter, it is expressed in the following terms:

After searching our database, the period from 01/01/2023 to 01/23/2024 was searched, and it was found that line no. 11992433295 was linked to IMEI 86614706368550 during the period from 08/30/2023 to 08/31/2023.

IMEI: 86614706368550

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*

Idioma/Language: Inglês - Português/*English - Portuguese*

Matrícula Jucepe nº 406 • CPF 756.770.758-68

Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0

*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No.  WT- 31196          BOOK No. 214          PAGE No. 0010

---

IMEI binding period: 08/30/2023 a 08/31/2023
Line - 11992433295 Type (Prepaid) - Activation Date - 08/30/2023
Name: MARIA DAS DORES RODRIGUES
CPF No.: 01594292779
Address: HENRIQUE BERTON, S/N
District: JARDIM UBERABA - City: SAO PAULO
State: SP - CEP: 04434-190

MARIA DAS DORES was interviewed on 01/24/2024, and reported, in a concise summary, (i) that she was closer to DANIEL SIKKEMA, considering that he spoke Portuguese; (ii) who worked at the couple's residence when they separated; (iii) that DANIEL, on one occasion, brought a Cuban relative to stay at the residence, named MAYARA; (iv) who, while working with the victim, allowed some household bills to be placed in his name, to facilitate the resolution of any problem that might arise; (v) that, after the separation, he continued to maintain contact with DANIEL; (vi) that he never saw the person being investigated in the present crime, ALEJANDRO TRIANA PREVEZ.

The maiden's testimony was given in a coherent manner, and it is certain that DANIEL SIKKEMA provided his data so that ALEJANDRO could register the cell phone chip with the line 11-99243-3295.

Below, by way of illustration, is a diagram of how the criminal plot was created:

[image]
ALEJANDRO TRIANA PREVEZ
[image]
reposted
code
WhatsApp
[image]
+5511992433295
able
[image]
DANIEL SIKKEMA
aunt
EX HUSBAND
[image]
[image]
owner
[image]
CELL PHONE USED IN THE USA
Used for threat
[image]
BELKIS ZULUETA
[image]
Owner
[image]
Property in Havana
bought the property
[image]
BRENT SIKKEMA
owner
[image]
XIAOMI REDMI 12
Chip
[image]
11992433295

FEDERATIVE REPUBLIC OF BRAZIL

REPÚBLICA FEDERATIVA DO BRASIL



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No.  WT- 31196           BOOK No. 214                    PAGE No. 0011

enabled between 08/30/2023 and 08/31/2023
Line used by ALEJANDRO
[image]
11910624987
Therefore, Once WhatsApp's breach of confidentiality of the account +5511992433295 was granted, it was confirmed that the application was being accessed from the city of New York, in the United States, according to consultation of the IPs that returned from the application provider.
The first connection to the application, for example, which occurred on 08/31/2023 at 00:17:08 am UTC, IP 2603:7000:47f0:8660:b030:3a34:b9f0:7b1b, took place from New York, according to consultations carried out in open sources, otherwise let's see:
Time 2023-08-31 00:17:08 AM UTC
IP Address 2603:7000:47f0:8660:b030:3a34:b9f0:7blb
Find IP
IP: 2603:7000:47f0:8660:3a34:b9f0:7b1b
Provider: Charter Communications Inc
City: New York
Country: United States
Region: New York
(as consulted at https://king.host/wiki/geoip/)
The same happened with practically all the information made available by WhatsApp, that is, of all the extensive material analyzed, all connections are via Wi-Fi, with the service being made available by the provider Charter Communications Inc, a company that serves 41 states in the USA1, being the IP used by the person who ordered the crime, in New York. The last connection IP, right after DANIEL became aware of the victim's death, when he spoke to ALEJANDRO for the last time (via this channel) was also from the same location, otherwise let's see:

| | Device Id | 0 |
|---|---|---|
| Connection | Service start | 2023-03-31 00:16:51 AM UTC |
| | Device Type | Andnoid |
| | App Version | 2.23.25.33 |
| | Device OS | os: 12, model: motorola ellis |
| | Build Number | [-] |
| | Connection State | OFFLINE |
| Last seen | | 2024-01-14 10:20:15 AM UTC |
| Last IP | | 2603:7000:473d:blce:bclf:6234:lf79:36f7 |

IP: 2603:7000:473d:b1ce:bc1f:6234:1f79:36f7
Provider: Charter Communications Inc
City: New York
Country: United States
Region: New York
(as consulted at https://king.host/wiki/geoip/ )
[1]As seen at:  https://corporate.charter. com/about-charter (on 02/05/2024)
For obvious reasons, at this time it was not possible to request information from the internet provider located in a foreign jurisdiction, as they are not subject to Brazilian laws.
Further reinforcing the suspicions about intellectual authorship, it is worth noting that, among the contacts registered in DANIEL SIKKEMA's WhatsApp application, only three numbers (asymmetrical contacts) were recorded as saved: 5358645918, a number with DDI from Cuba, linked to his aunt (or cousin) BELKIS ZULUETA[2], whom he threatened the day after the account was activated; 5511910624987, number used by executor ALEJANDRO; and 5511972822279, number belonging to ROSE REIS DE SOUZA (person linked to ALEJANDRO, owner of the PÁLIO vehicle).
[image]
[2]According to consultations in open sources.
**3.     INDICATES OF AUTHORSHIP**



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*

Idioma/Language: Inglês - Português/*English - Portuguese*

Matrícula Jucepe nº 406 • CPF 756.770.758-68

Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0

*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No.  WT- 31196          BOOK No. 214          PAGE No. 0012

---

Your Excellency, it is believed that direct and intellectual authorship are perfectly delineated, with a clear description of the conduct of each of the accused, as well as evidence of criminal motivation.

Regarding the investigated ALEJANDRO TRIANA PREVEZ, it is worth highlighting that in his first statement, given the day after his arrest, he presented a completely fictitious, laughable version, where he tried to attribute, as stated above, the commission of the crime to a ghost.

Realizing the amount of evidence that existed to his disadvantage, the investigated person, through his technical defense, requested that he be given the opportunity for a new hearing, which was scheduled for 01/30/2024, according to the Letter sent to SEAP.

In his new testimony, which was given in the presence of his two lawyers, ALEJANDRO TRIANA PREVEZ admitted committing the crime, and claimed to have acted driven by greed, as DANIEL SIKKEMA promised him the payment of two hundred thousand US Dollars (USD 200,000.00), if he achieved his intention.

The executor reported that he actually worked for DANIEL SIKKEMA as a security guard at one of the couple's residences in Havana/Cuba, having been hired by DANIEL himself, and reported that he did not personally know the victim BRENT SIKKEMA.

During the time he worked at that property, he worked as a night security guard, since, as he reported, homes owned by Americans, especially those who renounced their Cuban citizenship (as is the case with DANIEL), "were not well regarded by the regime, which left property vulnerable to the commission of crimes". (sic)

During this time, only DANIEL and LUCAS (the couple's teenage son) attended the house, so ALEJANDRO developed a certain closeness with them.

After moving to Brazil, which occurred in September 2022 (as stated in his passport), ALEJANDRO initially lived, for about a month, in ROSE's house, and later started renting a studio apartment also owned by her mother's friend.

When changing his cell phone, when he was already in Brazil, since, as he reported, the device he brought from Cuba did not work perfectly, ALEJANDRO downloaded his contacts that he had in the cloud onto his newly acquired device, when he then noticed the name of DANIEL on that list.

There were brief dialogues between ALEJANDRO and DANIEL, and, on a certain occasion, the principal began to confide in the executor that he was going through a difficult time in the divorce with BRENT, having complained about the value of the pension he received, and also the fact that the victim spent large sums of money. amounts "with drugs, parties and male prostitutes, not enough left over to help support LUCAS" (sic).

At the end of this conversation, which took place via audio call and which occurred in mid-2023, DANIEL makes an offer to ALEJANDRO, promising him two hundred thousand US dollars (USD 200,000.00) if he agreed to execute the victim, in addition to help with whatever he needed, and even promised that he would allow ALEJANDRO to live in the house in Jardim Botânico, where the victim was killed.

It should be noted that, after the conversation between them, DANIEL began to send money frequently to ALEJANDRO, through the company WESTERN UNION, the first remittance being worth three hundred US dollars (USD 300.00), the second of one thousand Us dollars (USD 1,000.00) and the remaining around five hundred US dollars (USD 500.00), monthly.

These amounts, according to ALEJANDRO, would allow him to buy a new phone, get his driver's license (so that the execution and escape from the crime would be easier), and buy the items necessary for his survival.

A relative should, at this point, corroborate what was reported by ALEJANDRO, in the sense that he, in fact, used a XIAOMI REDMI 9 phone, with IMEI 860597056277200, until 08/11/2023, being who, from 08/19/2023 until the date he was arrested, started using another cell phone, the REDMI 12, which was seized in his possession. The response from the operator VIVO clearly demonstrated what was alleged, otherwise let's see:

Therefore, considering the indicated period, we obtained the following information:

11910624987 - Period: 01/01/2023 00:00:00 am to 01/24/2024 8:09:01 pm

860597056277190 – 01/02/2023 to 01/13/2023

860597056277200 – 01/18/2023 to 08/11/2023

866147063685510 – 08/19/2023 to 01/24/2024

\*\*\* IMEI: the last digit is the reset digit, the value can be reset without any harm.

That being said, we present below the registration data of the identified lines:

I) RESEARCH

QUERY PARAMETER(S)



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL.- *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com (skype: antonio.dari)

TRANSLATION No. WT- 31196              BOOK No. 214              PAGE No. 0013

LINE NUMBER: (11) 91062-4987

Likewise, ALEJANDRO began his vehicle license process, having collected his license on 11/15/2023, according to photos attached to the file. Everything corroborates the duo's intention to execute the victim, a plan that was meticulously orchestrated.

And it was not just that. In addition to moral support, material for purchasing a cell phone, entering the licensing process, etc., DANIEL also ordered ALEJANDRO to buy a cell phone chip, register it with a CPF that would be given to him, and, after DANIEL downloaded the WhatsApp application in his own device, in the United States, requested that ALEJANDRO send him the access code, sent to the newly acquired terminal. This was done, so that ALEJANDRO and DANIEL started to have a channel that they believed to be safe for contact, with DANIEL using this WhatsApp account, as already seen, to also threaten his cousin BELKIS ZULUETA.

It should be noted that, without knowing that the police already had such information, ALEJANDRO reported exactly how the communication took place, and what commands were issued by DANIEL, so that this cell phone registration could be carried out in this way. Even the CPF of MARIA DAS DORES, a maiden who knows and has great appreciation for DANIEL, and who accepted that certain accounts from BRENT's house were placed in her name, was passed on to ALEJANDRO by the intellectual mastermind of the crime.

MARIA DAS DORES, when asked, vehemently denied knowing ALEJANDRO. As for DANIEL, he said he maintained frequent contact with him, including after the crime.

Also without knowing that the police were in possession of a deposit slip, received by ALEJANDRO via WESTERN UNION, he informed us that DANIEL made frequent remittances of amounts ranging from three hundred dollars to one thousand dollars, using, for that purpose, the name from an "straw-man" called PEDRO. In the receipt seized by the police, inside ALEJANDRO's vehicle, there was proof of receipt of a deposit in the exact amount of five hundred US dollars (USD 500.00), received from a certain "PEDRO MAINER", and sent from the city of New York/USA (DANIEL's place of residence).

WESTERN UNION CORRETORA DE CAMBIO S.A.
CNPJ 13.728.156/0001-35
BACEN authorized agent 28936/0001
Proof of receipt – International money transfer

| Transaction Date: | 11-29-2023 02:04 PM BRT | | Foreign exchange market: | PURCHASE |
|---|---|---|---|---|
| Correspondent's name | WESTERN UNION CORRETORA SA | | MTCN: | 869-536-2328 |
| Correspondent CNPJ: | 013.728.156/0001-35 | | | |
| Client Data | | | | |
| Client's Name: | ALEJANDRO TRIANA PREVEZ | | | |
| Individual Taxpayer Registration [CPF/MF] number: | 71829901133 | | | Nationality: Cuba |
| Address: | HENRIBERTON - JARDIM UBERABA | | | Phone no.: 11910624987 |
| City: SAO PAULO | State: SP | CEP: C4434--19 | | Country: Brazil |
| Operation - basic data | | | | |
| Currency: USD - United States Dollar | | | | |
| Quantity: | 500.00 | Five Hundred US Dollars and Zero Cents. | | Interest rate: 4.624306 |
| Delivery Terms: | 65 | | | |
| Code of nature: 379940006767 | | Donations or Transfers without consideration | | |
| Operation value (BRL): | | 2,312.15 | Two thousand three hundred and twelve Brazilian Reais and fifteen centavos. | |
| Fee amount (BRL) | | 0.00 | [-] | |
| IOF (BRL): | | 3.79 | IOF rate: 0.38% | |
| Total amount receivable (BRL): | | 2,303.36 | Two thousand three hundred and three Brazilian Reais and thirty six centavos. | |
| Total effective value - VET (BRL): | | 4.606720 | [-] | |

FEDERATIVE REPUBLIC OF BRAZIL     REPÚBLICA FEDERATIVA DO BRASIL



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com (skype: antonio.dari)

TRANSLATION No.  WT- 31196          BOOK No. 214          PAGE No. 0014

---

**Supplementary Information**
Sender name: PEDRO MAINER
City / State / Country: EAST EIMHURST, NY, United States
Reference value for shipping at origin
Currency: USD-United States dollar
Quantity: 500.00
I declare to be aware of the Terms and Conditions available at: https://corretorawestemunion.com.br/termos-e-
Continuing with ALEJANDRO's hearing, he also informed that DANIEL sent him, via the freight transport company DHL, a copy of the key to BRENT's house in Jardim Botânico (Rua Abreu Fialho, 13), allowing the executor to "do due diligence" to the address that would be the target of the crime, with the intention of carrying out, according to ALEJANDRO himself, an "area reconnaissance".
The "order" was received by ALEJANDRO on 08/23/2023, according to the response received from the company DHL (attached to the file), and was sent by the same "straw-man", named PEDRO LUIS MAINER, from New York City:
05 February 2024
Dear Customer,
This is a proof of delivery / statement of final status for the shipment with waybill number 1023023256.
Thank you for choosing DHL Express.
www.dhl.com
Your shipment 1023023256 was delivered on 22 August 2023 at 12.01

| Signed | ALEJANDRO TRIANA CPF 71829901133 | Receiver Name | SANTO AMARO / ATTN: ALEJANDRO TRIANA |
|---|---|---|---|
| Signature | [Illegible] | Receiver Address | RUA ARNALDO MAGNICCAR0346 VILLA GEAJURABATUBA SP SAO PAULO BRAZIL |
| Shipment Status | Delivered | Piece ID(s) | JD014600011155148391 |
| **Additional Shipment Details** | | | |
| Service | EXPRESS EASY nondoc | Shipper Name | PEDRO LUIS MAINER |
| Picfed Up | 18 August 2023 at 18.09 | Shipper Address | 3212 93RDST |
| Number of Pieces | 8 | | NY NY |
| Weight | 0 28 Ibs / 0.13 kg | | EAST ELMHURST UNITED STATES OF AMERICA |
| Content | POSTCARD | Shipper Reference | 1023G23256US20230818194021110 CC 30.39 |

It is of fundamental importance to note that, when sending the envelope, the sender was informed of the email https://corretorawestemunion.com.br/termos-e-, referring to someone from the same family as DANIEL SIKKEMA, who has the Cuban name DANIEL GARCIA CARRERA:
PEDRO LUIS MAINER
PEDRO LUIS MAINER
3212 93RD ST
EAS ELMHURST
11369
UNITED STATES OF AMERICA
+ 1(347) 351 – 8767
LILOGARCIACARRERA@GMAIL.COM
[illegible]
VAT No:
EORI:
TAX ID:
Shipper Reference:
Receiver Reference:

FEDERATIVE REPUBLIC OF BRAZIL

REPÚBLICA FEDERATIVA DO BRASIL



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English* - *Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com (skype: antonio.dari)

TRANSLATION No. WT- 31196          BOOK No. 214          PAGE No. 0015

Remarks:

[image]

(accessed on 02/06/2024, at 11:48 am. https://www.facebook.com/photo/?fbid=10225293324417050&set=ecnf.1140642533)
This e-mail, proven through a letter sent to Google, was in fact used by DANIEL, and was registered in the name of the couple's son, LUCAS, but with a recovery e-mail and telephone number informed by the sender himself, otherwise let's see:

Google Confidential and Proprietary

**GOOGLE SUBSCRIBER INFORMATION**
Google Account ID: 164909156041
Name: Lucas Daniel Sikkema
Given Name: Lucas Daniel
Family Name: Sikkema
e-mail: lilogarciacarrera@gmail.com
Alternate e-Mails:
Created on: 2017-07-12 00:57:40 am Z
Provider for Consumer Services: Google LLC
Services: Web & App Activity. Gmail. Google Hangouts. YouTube. Google Calendar. Google Books. Google My Maps. Is In Family. Google Payments. Google Docs. Google Sites
Deletion Date:
End of Service Date:
Last Updated Date: 2024-01-23 1:03:05 pm Z
Last Logins: 2024-01-23 1:03:03 pm Z. 2024-01-05 1:36:54 pm Z. 2023-11-09 11:28:34 Z pm
**ACCOUNT RECOVERY**
Contact e-Mail: lilogarciacariera@gmail.com
Recovery e-Mail: danielsikkema@yahoo.com
Recovery SMS: +13479420415 [US]
**MADISON INFORMATION**
**MADISON ADMIN INFORMATION**
**\* Google Confidential and Proprietary \* ###############**
Thus, in the month of August 2023, after having received the keys to BRENT's house sent by DANIEL, ALEJANDRO comes to Rio de Janeiro on 08/25, funded by the dollars that were sent by the partner, and stays, via AirBNB, at addresses close to the victim's residence, seeking to know the location and plan escape routes. It should be noted that ALEJANDRO had already been informed that BRENT would not be in Rio de Janeiro during this period, which was confirmed with his Certificate of Migratory Movements, a document sent by the Federal Police, after an official letter.
ALEJANDRO was in this city, as reported, and according to the analysis of his telephone line, produced by the Electronic Search Sector of this Unit, from 08/25/2023 to 08/28/2023; 12/09/2023 to 12/11/2023; and on the date of the crime, January 13 and 14, 2024.
Also according to ALEJANDRO, the first time he came to Rio, DANIEL informed him that BRENT would not be in Brazil, as he followed his travels and accommodation reservations through the victim's AirBNB, an account to which (DANIEL) had access. Said information (that the victim, in fact, was not in Brazil on this date) was corroborated by the Federal Police, which confirmed that the victim was here from 07/19/2023 to 07/29/2023, on dates that did not coincide with the coming from the executor.
Photos on ALEJANDRO's cell phone proved that he, in fact, entered BRENT's house in August 2023, having photographed, from his own device, the guest room and the safe in BRENT's room, otherwise let's see:
[image]
These photos were seen by SIMONE NUNES, who recognized them as being taken from BRENT's house, in a statement given on 02/07/2024.
Having carried out the initial survey in the vicinity and inside BRENT's residence, and already in possession of the key to the property, ALEJANDRO then waited for a new command from the principal, who informed him that BRENT would be in Rio de Janeiro in December (he arrived, more specifically, on 12/10/2023, according to the Certificate issued by the Federal Police). Thus, ALEJANDRO returned to this city, for the second time, on 12/09/2023, having remained here until 12/11/2023.



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English* - *Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloísio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No.  WT- 31196            BOOK No. 214            PAGE No. 0016

During this period, ALEJANDRO reported that he broke into BRENT's house, with the key that had been sent by DANIEL, however he realized that the door to the victim's room was locked, and he then called DANIEL to inform him, as well as to know what he would do. DANIEL then instructs him to do something to get BRENT out of the room, to which ALEJANDRO turns off the house's main circuit breaker, in an attempt to force the victim to leave the room.

However, instead of leaving the room, BRENT starts making calls using his cell phone, still inside the room, which causes the executor to leave the place in fear of being discovered, giving up on carrying out his intention at that time.

In the preliminary analysis on ALEJANDRO's cell phone, photos of the interior of BRENT's residence were found, records that were taken in the early hours of 12/11/2023 and even show that the investigated person even took a "selfie" in the kitchen of the property, as seen below:

[image]

It is also important to highlight that DANIEL advises ALEJANDRO that, if he were discovered and approached by BRENT, he would say that he was the son of SIMONE (the victim's lawyer in Brazil).

Therefore, the attempt to execute the victim, which took place in December 2023, was frustrated, DANIEL gets upset with ALEJANDRO and stops sending him money, and they both agree to try one more time, before BRENT leaves Brazil (the victim would do so on 01/16/2024, according to SIMONE's statement).

This is how it is done. ALEJANDRO, who is, this time, in possession of the FIAT/PÁLIO vehicle owned by ROSE, takes the direction of Río de Janeiro on the morning of 01/13/2024 and remains monitoring the victim until he decides to enter his residence, as per already reported elsewhere.

It is interesting to mention, at this point, that ALEJANDRO was informed by DANIEL that BRENT only slept on medication, and that, therefore, he had a deep sleep; who entered the house with the residence key in his hands, a key that had previously been sent by DANIEL; who, already inside the property, removed a knife from the cutlery, with which he executed the victim, having replaced it in the same place after washing it (a fact proven by the expert examination, which found the knife still covered in blood in the cutlery, as well as evidence that blood-stained hands were washed in the kitchen sink); that he stabbed the victim several times, placing towels and pillows on him, considering that he "didn't want to look at his face" (sic); and that, finally, as soon as he got into the car, he made a call to DANIEL, who did not answer, and he returned the call at around 7:00 am on 01/14/2024, when, then, they spoke for the last time through WhatsApp number +5511992433295 (facts that the investigation has already proven, as mentioned above).

It should be noted that DANIEL, as promised to ALEJANDRO, got rid of the cell phone that housed the aforementioned WhatsApp account, exactly after having spoken to him, as demonstrated by the social network's telematic response. Subsequent contacts, therefore, were made via the telephone number of DANIEL's cousin, who lives with him in New York, called MAYRA.

Below, prints of calls from the contact "Mayra Dani", line +5356078548, to ALEJANDRO's cell phone, on January 17, before the executioner was arrested, a call that lasted eight minutes and thirty-three seconds, and also on the 01/16/2024, in a call lasting sixteen minutes and thirteen seconds:

[image]

It is important to note that DANIEL SIKKEMA himself, through the contact +1 (347) 942-0415, on a number registered as "Zalguien", called ALEJANDRO on 01/20/2024, a call that was not answered, as ALEJANDRO was found get arrested.

[image]

Remember, in Lawyer SIMONE's words, this is exactly the phone used by DANIEL SIKKEMA, otherwise let's see:

THAT BRENT had separated from CARLOS many years ago, but they remained friends; DANIEL SIKKEMA's telephone numbers are +1 347 942 0415 and +1 609 339 9424; OLE DANIEL SIKKEMA has an aunt called MAYRASRA SOTORRIOS GARCIA, whose telephone number is +53 5 607 S54S; OUE in September 2022, MAYRASRA came to Brazil for dental treatment and stayed at BRENT's house in Jardim Botânico; That BRENT and

Therefore, After the crime, the fact gained enormous media repercussion, which obviously caused those responsible for its practice to follow any news, or any "scoop" obtained by the press. In this way, DANIEL, according to ALEJANDRO's statements, noticed when images of the arrival of the FIAT/PÁLIO, with the executioner's entry into the victim's house, were unduly publicized by the media on 01/17/2024, fueled by the ambition of a certain company security department, which publicly assumed the disclosure of such recordings. This made DANIEL aware that the police were already advancing in the investigation, so he called ALEJANDRO and ordered him to leave São Paulo, heading to another country.

FEDERATIVE REPUBLIC OF BRAZIL

REPÚBLICA FEDERATIVA DO BRASIL



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No.  WT- 31196          BOOK No. 214          PAGE No. 0017

The Cuban did so, and, on the night of 01/17/2024, he started driving the newly acquired vehicle, with which he was arrested, a FIAT/PALIO WEEKEND, towards the border, being captured in the early hours of the 01/18/2024, on the highway that connects Uberaba/MG to Uberlândia/MG.

ALEJANDRO, therefore, in his second statement, confessed to the entire criminal plot, and provided details that only he could know, details that allowed him to understand the entire criminal dynamic, such as the ease with which he had in entering the victim's residence; knowledge about the dates of his stay in Brazil; the awareness of the dispute between DANIEL and his cousin, regarding a property in Cuba, as this cousin "took possession of the property and refused to leave"; the blackmail carried out by this cousin (BELKIS), as she was demanding twenty thousand US dollars (USD 20,000.00) to leave the house, which was corroborated by the testimony of lawyer SIMONE and the analysis of BRENT's personal computer (the latter attached to the records).

Even the fact that the victim was found completely covered, with towels, sheets and pillows, was satisfactorily explained.

It was therefore proven that DANIEL SIKKEMA (i) remitted money to ALEJANDRO, so that he could buy a phone, obtain a driver's license and support himself, remittances that were made through the name of an "straw-man", PEDRO MAINER;

(ii)    that he sent, via DHL, the key to the residence that BRENT maintained in Rio de Janeiro;

(iii)    that he devised a way to communicate safely, providing ALEJANDRO with the CPF that should be enabled on his phone, a document that belongs to a long-time acquaintance of DANIEL (MARIA DAS DORES); (iv) that he frequently informed about the victim's arrival in Brazil; (v) that he spoke to the executor after the crime, having freed himself from the device that housed the WhatsApp account +5511992433295; (vi) that, after having discarded said account, he started speaking to the executor on the phone of MAYRA, his cousin who lives with him in New York, having warned him, on 01/17/2024, about the progress of the investigations; and, (vii) that he called, through his own number, ALEJANDRO's phone, demonstrating his despair, as the call was made on 01/20/2024, when the executor was already in prison.

Lastly, and not least, it should be noted that the victim and DANIEL had been litigating heavily after the separation, disputes that involved, above all, demands for transfers of amounts by DANIEL, reaching the level of blackmail (from DANIEL, who wanted US$ 6,000,000.00 - six million dollars - to resolve the divorce), it is also important to mention that the principal did not know that BRENT had changed his will in 2022.

In the previous will, "dated 12MAY2021, the victim would leave all personal belongings and assets, including property in Brazil, with the exception of some specific donations, to Daniel Sikkema, his husband at the time. Furthermore, Daniel would be named executor of the will and guardian of Lucas Sikkema, the couple's son. And in Daniel's absence, Mayra Garcia, Daniel's cousin, would be appointed Lucas's guardian, as can be inferred from the clauses taken from the aforementioned will" (as Investigative Information attached to the file).

The information continues to the effect that "all the aforementioned provisions were not only legally but expressly revoked by the new will, dated May 17, 2022, where the victim, in his first statements, anticipated that, on the date of his death, he would no longer be married to Daniel Sikkema, also known as Daniel García Carrera, and who was legally married, in order to avoid any doubt, the victim expressly disinherited Daniel."

It turns out that, according to the elements gathered in the records, DANIEL was not aware that BRENT had removed him from the previous will, which, it is believed, caused his impetus to execute the victim to be increased, as he believed he was the greatest heir to his fortune.

## 4.    REQUEST OF PREVENTIVE ARREST

In view of everything exposed so far, the precautionary segregation of the accused ALEJANDRO TRIANA PREVEZ, enrolled in the Taxpayer Registry of the Ministry of Finance (CPF/MF) under number 718.299.011-33, son of LETICIA PREVEZ PASCUAL and father not provided, born on 06/07/1993, and DANIEL SIKKEMA, naturalized as US citizen, passport 513385293, issued by the USA on 03/18/2024, born on 07/02/1970, for the crime of qualified homicide, under the terms of article 121, Paragraph 2, I, II, III, IV and Paragraph 4, in fine, of the Penal Code, due to having, consciously and voluntarily, with common actions and intentions, executed the US citizen victim BRENT FAY SIKKEMA.

The accused committed the crime for financial motivation, without giving the victim, who was elderly, a chance to defend herself and was brutally hit with several knife strikes to the chest and face.

Furthermore, both are foreigners, of Cuban origin, and ALEJANDRO still holds that nationality, while DANIEL SIKKEMA has already obtained, through marriage with the victim, US citizenship.

Thus, in the case of the first (ALEJANDRO), it is certain that, in freedom, he would attempt to escape his country of origin, seeking to commit murder there and avoid serving the sentence for the crime committed.



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No.  WT- 31196               BOOK No. 214               PAGE No. 0018

It should be noted that ALEJANDRO, when he was arrested, was already trying to flee to another country, having his escape frustrated due to the quick action of the authorities involved in the criminal prosecution.

As for DANIEL SIKKEMA, intellectual mentor of the entire plot that preceded the murder, he is still in North American territory (as far as it is known), and, when questioned by email, he said that he has no intention of coming to Brazil, as per what demonstrated in the investigation information attached to the records.

Therefore, it is necessary to DECREATE THE PREVENTIVE ARREST OF ALEJANDRO TRIANA PREVEZ, CPF 718.299.011-33, son of LETICIA PREVEZ PASCUAL and father not provided, born on 06/07/1993, and DANIEL SIKKEMA, naturalized as US citizen, passport 513385293, issued by the USA on 03/18/2024, born on 07/02/1970, for committing the crime of qualified homicide, under the terms of article 121, Paragraph 2, I, II, III, IV and Paragraph 4, in fine, of the Penal Code, in accordance with articles 311, 312 and 313 of the Code of Criminal Procedure. It should be noted that, as stated above, the Preventive Detention now requested appears to be the most appropriate precautionary measure for the case in question, and in the view of this Police Officer, any other precautionary measure other than the imprisonment provided in article 319 of the Criminal Procedure Law is not applicable.

Finally, having completed the work of the Judicial Police, in accordance with article 10, Paragraph 1, of the Code of Criminal Procedure, I forward this Police Inquiry so that the relevant legal measures can be adopted, accompanied by formal compliments.

**4 - INCLUSION OF RED NOTICE**

It is known that the investigated DANIEL SIKKEMA is in North American territory, in the city of New York, where he resides.

DANIEL obtained US citizenship after marrying BRENT SIKKEMA, his ex-partner, whom he ordered to be executed.

**Therefore, as the investigated DANIEL SIKKEMA is in foreign territory, the RED DISSEMINATION OF THE PREVENTIVE DECREE is requested, so that the arrest warrants can be included in the INTERPOL computer system as a network notice.**

**4 - CONCLUSION**

In view of all the above, I indicate, based on article 2, Paragraph 6, of Law 12.830/2013, foreigners ALEJANDRO TRIANA PREVEZ, enrolled in the Taxpayer Registry of the Ministry of Finance (CPF/MF) under number 718.299.011-33, son of LETICIA PREVEZ PASCUAL and father not provided, born on 06/07/1993, and DANIEL SIKKEMA, naturalized as US citizen, passport 513385293, issued by the USA on 03/18/2024, born on 07/02/1970, for the crime of qualified homicide, under the terms of article 121, Paragraph 2, I, II, III, IV and Paragraph 4, in fine, of the Penal Code, because they executed the victim BRENT FAY SIKKEMA, with no chance of defense, through cruel means, futile motivation, and for payment, with the "*animus necandi*" of the agents present.

Rio de Janeiro, 02/07/2024.
Signed: [illegible signature].
Name: Rômulo Assis Coelho Caldas
Title: Police Chief
ID 5.023.094-8
Homicide Police of the Capital
Rua General Ivan Raposo, 500 - Barra da Tijuca, Rio de Janeiro - RJ Telephone No.: (21) 2333-6393

NOTHING ELSE was contained in said original, which I return with this faithful translation. In WITNESS WHEREOF, I have here set my hand and seal of office, this March 22, 2024.

Emoluments according to the law.

**This document has been digitally signed by Antonio Dari Antunes Zhbanova.**
**To verify the signature, visit the website below and enter the code provided.**



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloísio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com (skype: antonio.dari)

TRANSLATION No. WT- 31196          BOOK No. 214          PAGE No. 0019





Este documento foi assinado digitalmente por ANTONIO DARI ANTUNES ZHBANOVA.
Para verificar as assinaturas acesse https://www.qrassinaturas.com.br/
e informe o código KMND-UQP6-YXLP-BLCA




**CONSELHO NACIONAL DE JUSTIÇA**

**BRASIL**

**APOSTILLE**

(Convention de La Haye du 5 octobre 1961)

| 1. País:<br>(Country / Pays): | REPÚBLICA FEDERATIVA DO BRASIL | | |
|---|---|---|---|
| | **Este documento público**<br>(This public document / Le présent acte public) | | |
| 2. Foi assinado por:<br>(Has been signed by / A été signé par) | | ANTONIO DARI ANTUNES ZHBANOVA | |
| 3. Na qualidade de:<br>(Acting in the capacity of / Agissant en qualité de) | | TRADUTOR PUBLICO | |
| 4. Tem o selo / carimbo de:<br>(Bears the seal / stamp of / Est revêtu du sceau / timbre de) | | JUCEPE – MAT. 406 | |
| | **Certificado**<br>(Certified / Attesté) | | |
| 5. Em:<br>(At / À): | BRASÍLIA | 6. No dia:<br>(The / Le): | 22/03/2024 |
| 7. Por:<br>(By / Par): | FLAVIA LEANDRO DE CARVALHO | | |
| 8. Nº:<br>(N° / Sous n°): | 0658941-24 | | |
| 9. Selo / Carimbo:<br>(Seal / Stamp / Sceau / Timbre) | | 10. Firma:<br>(Signature) | |

Tipo de Documento:
(Type of document / Type d'acte)

Traduções

Nome do titular:
(Name of holder of document / Nom du titulaire)

ALEJANDRO TRIANA PREVEZ E OUTROS

Esta Apostila certifica apenas a assinatura, a capacidade do signatário e, quando apropriado, o selo ou carimbo constantes no documento público. Ela não certifica o conteúdo do documento para o qual foi emitida.

This Apostille certifies only the signature, the capacity of the person signing it and where appropriate, the seal or stamp which the public document bears. It does not certify the content of the document for which it was issued.

Cette Apostille ne certifie que la signature, la qualité en laquelle le signataire de l'acte a agi, et, le cas échéant, les sceau ou le timbre dont cet acte public est revêtu. Elle ne certifie pas le contenu de l'acte pour lequel elle a été émise.

A autenticidade desta Apostila e de sua assinatura eletrônica bem como o documento público subjacente, podem ser verificadas em:

The authenticity of this Apostille and its eletronic signature, along with the underlying public document, may be verified at:

L'authenticité de cette Apostille, dela signature électronique, ainsi que de l'acte public sous-jacent peut être vérifiée sur:

https://apostil.org.br

A presente Apostila foi firmada com assinatura eletrônica, conforme a Lei nº 11.419/2006.

This Apostille was electronically signed in accordance with Law nº 11.419/2006.

Cette Apostille a été signée par une signature électronique, d'après la Loi nº 11.419/2006.

Dúvidas a respeito desta Apostila entrar em contato com a Ouvidoria do CNJ:

Any questions about this Apostille may be directed to the Ombudsman of he CNJ:

Veuillez contacter l'Ombudsman de la CNJ pour toute question relative à cette Apostille:

(61) 3772-7800

servicos@cnbcf.org.br

Por favor, utilize este QR Code para checar a autenticidade desta Apostila e de sua assinatura eletrônica. Uma cópia do documento público subjacente também está disponível na mesma página.

Please use this QR Code to check the authenticity of this Apostille and its electronic signature. A copy of the underlying public document is also accessible from the same page.

Veuillez utiliser ce Code QR pour vérifier l'authenticité de cette Apostille et de sa signature électronique. Une copie de l'acte public sousjacent est également disponible sur la même page.



Código (Code / Code)
0658941-24
CRC
14FD0C9C

