# EXHIBIT A

1/7/25, 1:11 PM
Case 1:25-cv-00042-UNA    Document 5-1    Filed 01/09/25    Page 2 of 2 PageID #: 173
Division of Corporations - Filing

Delaware.gov                                                           Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

| HOME | Entity Details |

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 4114666 | Incorporation Date / Formation Date: | 2/17/2006 (mm/dd/yyyy) |
| Entity Name: | THE WESTERN UNION COMPANY | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | THE CORPORATION TRUST COMPANY |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information

[Submit]

[View Search Results]      [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov