# EXHIBIT C

Delaware.gov                                                                 Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

| Entity Details |

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 3582691 | Incorporation Date / Formation Date: | 10/22/2002 (mm/dd/yyyy) |

Entity Name: **GOOGLE LLC**

Entity Kind: **Limited Liability Company**    Entity Type: **General**

Residency: **Domestic**    State: **DELAWARE**

**REGISTERED AGENT INFORMATION**

Name: **CORPORATION SERVICE COMPANY**
Address: **251 LITTLE FALLS DRIVE**
City: **WILMINGTON**    County: **New Castle**
State: **DE**    Postal Code: **19808**
Phone: **302-636-5401**

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status  ○ Status,Tax & History Information

Submit

View Search Results    New Entity Search

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov